UO cv 02526

CLOSED, SEALDC, SPECIAL

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:06-cv-04583-NS
### Internal Use Only

U.S. PHILIPS CORPORATION v.
PANTECH WIRELESS, INC.
Assigned to: HONORABLE NORMA L.
SHAPIRO
Cause: 35:145 Patent Infringement

Date Filed: 10/13/2006
Date Terminated: 02/29/2008
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**U.S. PHILIPS
CORPORATION**

represented by **ALAN M. GRIMALDI**
HOWREY LLP
1299 PENNSYLVANIA
AVENUE NW
WASHINGTON, DC 20006
*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED*

**ANN MARIE PHILLIPS**
HOWREY LLP
1299 PENNSYLVANIA
AVE
WASHINGTON, DC 20006
202-383-7436
Email:
phillipsa@howrey.com
*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED*



A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-10-08
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

https://ecf.paed.circ3.dcn/cgi-bin/DktRpt.pl?548249084956747-L_195_0-1          3/10/2008

**BRIAN A. ROSENTHAL**
HOWREY LLP
1299 PENNSYLVANIA
AVENUE NW
WASHINGTON, DC 20004
202-383-7108
Fax: 202-383-6610
Email:
RosenthalB@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**CECIL E. KEY**
HOWREY LLP
1299 PENNSYLVANIA
AVE
WASHINGTON, DC 20006
202-383-7406
Email: keyc@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**CHRISTOPHER J. DAY**
THORP REED &
ARMSTRONG LLP
400 MARKET ST.
SUITE 200
PHILADELPHIA, PA 19106
215-829-9900
Email: cday@thorpreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**JONATHAN F. BALL**
SCHINDEL FARMAN



LIPSIUS GARDNER &
RABINOVICH LLP
14 PENN PLAZA SUITE
500
NEW YORK, NY 10122
212-563-1710
Email: jball@sfl-legal.com
*TERMINATED: 01/18/2008*
*LEAD ATTORNEY*

**PATRICK W.
KITTREDGE**
THORP REED &
ARMSTRONG LLP
400 MARKET ST.
STE. 200
PHILADELPHIA, PA 19106-
2513
215-829-9900
Fax: 215-829-9888
Email:
pkittredge@thorpreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE
NOTICED*

**VANDAN KOELSCH**
HOWREY LLP
1299 PENNSYLVANIA
AVE
WASHINGTON, DC 20006
*LEAD ATTORNEY*
*ATTORNEY TO BE
NOTICED*

**JOSEPH M. DONLEY**
THORP REED &
ARMSTRONG LLP



400 MARKET ST.
STE. 200
PHILADELPHIA, PA 19106-
2513
215-829-9900
Fax: 215-829-9888
Email: jdonley@kdefe.com
*ATTORNEY TO BE
NOTICED*

## V.

### Defendant

**PANTECH WIRELESS,**
**INC.**

represented by **ALAN D. SMITH**
FISH AND RICHARDSON
225 FRANKLIN STREET
32ND FLOOR
BOSTON, MA 02110-5070
617-542-5070
Fax: 617-542-8906
Email: smith@fr.com
*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED*

**DUANE-DAVID HOUGH**
FISH & RICHARDSON LPC

CITIGROUP CENTER
153 EAST 53RD ST.
NEW YORK, NY 10022-
4611
212-765-5070
Fax: 212-258-2291
Email: hough@fr.com
*LEAD ATTORNEY
ATTORNEY TO BE*



*NOTICED*

## MICHAEL S. FORMAN
FISH & RICHARDSON PC
225 FRANKLIN ST.
BOSTON, MA 02110
617-521-7890
Email: forman@fr.com
*TERMINATED: 02/25/2008*
*LEAD ATTORNEY*

## PETER J. KIRK
FISH & RICHARDSON LLP

225 FRANKLIN ST.
32ND FL
BOSTON, MA 02110
617-542-5070
Fax: 617-542-8906
Email: kirk@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

## THOMAS L. HALKOWSKI
FISH & RICHARDSON
919 N. MARKET ST.
STE. 1100
WILMINGTON, DE 19899-1114
302-652-5070
Email: halkowski@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

## HEATHER MARLA

**TASHMAN**
STRADLEY, RONON,
STEVENS & YOUNG LLP
2600 ONE COMMERCE
SQUARE
PHILADELPHIA, PA 19103
215-564-8076
Email:
htashman@stradley.com
*ATTORNEY TO BE
NOTICED*

**Counter Claimant**

**PANTECH WIRELESS,
INC.**                          represented by    **THOMAS L.
HALKOWSKI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE
NOTICED*

**HEATHER MARLA
TASHMAN**
(See above for address)
*ATTORNEY TO BE
NOTICED*

V.

**Counter Defendant**

**U.S. PHILIPS
CORPORATION**                   represented by    **ALAN M. GRIMALDI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE
NOTICED*

**ANN MARIE PHILLIPS**
(See above for address)
*LEAD ATTORNEY*



*ATTORNEY TO BE
NOTICED*

**BRIAN A. ROSENTHAL**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED*

**CECIL E. KEY**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED*

**PATRICK W.
KITTREDGE**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED*

**VANDAN KOELSCH**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED*

**JOSEPH M. DONLEY**
(See above for address)
*ATTORNEY TO BE
NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2006 | 1 | COMPLAINT against PANTECH WIRELESS, INC. |



| | | |
|---|---|---|
| | | ( Filing fee $ 350 receipt number 933448.), filed by U.S. PHILIPS CORPORATION.(tj, ) Additional attachment(s) added on 10/18/2006 (jpd, ). (Entered: 10/16/2006) |
| 10/13/2006 | ❍ | Summons Issued; 1 Mailed to counsel 10/16/06 as to PANTECH WIRELESS, INC. (tj, ) (Entered: 10/16/2006) |
| 10/13/2006 | ❍ | DEMAND for Trial by Jury by U.S. PHILIPS CORPORATION. (tj, ) (Entered: 10/16/2006) |
| 10/13/2006 | ❍2 | Disclosure by U.S. PHILIPS CORPORATION.(tj, ) Additional attachment(s) added on 8/13/2007 (jmv, ). (Entered: 10/16/2006) |
| 10/13/2006 | ❍3 | Copy of Form to Commissioner of Patents. (tj, ) Additional attachment(s) added on 10/16/2006 (tj, ). (Entered: 10/16/2006) |
| 10/13/2006 | | (Court only) Special Case Management Track (tj, ) (Entered: 10/16/2006) |
| 11/22/2006 | ❍4 | Return of service that Joan Grabowski served Summons and Complaint by First Class Mail on behalf of deft. Pantech Wireless, Inc. on 10/18/06. (KITTREDGE, PATRICK) Modified on 11/24/2006 (cdd, ). Additional attachment(s) added on 11/30/2006 (np). Modified on 12/5/2006 (np). (Entered: 11/22/2006) |
| 11/22/2006 | ❍ | Update Answer Deadline (cdd, ) (Entered: 11/24/2006) |
| 12/15/2006 | ❍5 | AFFIDAVIT of Service by Jeffrey M. Hagar re: served Complaint *upon Pantech Wireless, Inc.* upon Dan J. Schrader by hand delivery on 12/06/06 (KITTREDGE, PATRICK) (Entered: 12/15/2006) |
| 01/12/2007 | ❍6 | ANSWER to Complaint with Jury Demand and Certificate of Service *and Additional Defenses,* COUNTERCLAIM against U.S. PHILIPS |



| | | CORPORATION by PANTECH WIRELESS, INC.. (HALKOWSKI, THOMAS) (Entered: 01/12/2007) |
|---|---|---|
| 01/31/2007 | | (Court only) ***Attorney PATRICK W. KITTREDGE for U.S. PHILIPS CORPORATION, THOMAS L. HALKOWSKI for PANTECH WIRELESS, INC. added. (jpd, ) (Entered: 01/31/2007) |
| 02/01/2007 | 7 | ORDER THAT A PRETRIAL CONFERENCE IS SET FOR 3/26/2007 AT 10:00 A.M. IN COURTROOM 10-A BEFORE HONORABLE NORMA L. SHAPIRO. SIGNED BY JUDGE NORMA L. SHAPIRO ON 2/1/07. 2/1/07 ENTERED AND COPIES E-MAILED AND FAXED FROM CHAMBERS. (jpd) (Entered: 02/01/2007) |
| 02/01/2007 | 8 | *U.S. PHILIPS'* ANSWER to Counterclaim *OF PANTECH WIRELESS* by U.S. PHILIPS CORPORATION, Certificate of Service. (KITTREDGE, PATRICK) Modified on 2/2/2007 (np). (Entered: 02/01/2007) |
| 03/05/2007 | 9 | Disclosure Statement Form pursuant to FRCP 7.1 including Pantech & Curitel Communication, Inc. with Certificate of Service by PANTECH WIRELESS, INC..(HALKOWSKI, THOMAS) (Entered: 03/05/2007) |
| 03/05/2007 | 10 | Report Of *Affiliated Companies & Associated Counsel* by U.S. PHILIPS CORPORATION. (KITTREDGE, PATRICK) (Entered: 03/05/2007) |
| 03/07/2007 | 11 | MOTION for Pro Hac Vice *of Attorney Brian A. Rosenthal* filed by U.S. PHILIPS CORPORATION.Brief, Declaration, Certificate of Service.(KITTREDGE, PATRICK) (Entered: 03/07/2007) |
| 03/07/2007 | 12 | MOTION for Pro Hac Vice *of Attorney Alan M. Grimaldi* filed by U.S. PHILIPS |

| | | |
|---|---|---|
| | | CORPORATION.Brief, Declaration, Certificate of Service.(KITTREDGE, PATRICK) (Entered: 03/07/2007) |
| 03/12/2007 | ●13 | Statement *Joint Agenda for Pretrial Conference* by PANTECH WIRELESS, INC., U.S. PHILIPS CORPORATION, CERTIFICATE OF SERVICE. (KITTREDGE, PATRICK) Modified on 3/13/2007 (afm, ). (Entered: 03/12/2007) |
| 03/19/2007 | ●14 | APPLICATION BY DEFENDANT PANTECH WIRELESS, INC.. FOR PETER J. KIRK, ESQUIRE TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b), CERTIFICATE OF SERVICE. (jpd) (Entered: 03/19/2007) |
| 03/19/2007 | ●15 | APPLICATION BY DEFENDANT PANTECH WIRELESS, INC.. FOR ALAN D. SMITH, ESQUIRE TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b), CERTIFICATE OF SERVICE. (jpd) (Entered: 03/19/2007) |
| 03/19/2007 | ●16 | APPLICATION BY DEFENDANT PANTECH WIRELESS, INC.. FOR DUANE-DAVID HOUGH, ESQUIRE TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b), CERTIFICATE OF SERVICE. (jpd) (Entered: 03/19/2007) |
| 03/19/2007 | ●17 | Report Of *Joint Preliminary Report for Initial Conference* by PANTECH WIRELESS, INC., U.S. PHILIPS CORPORATION. (Attachments: # 1 Attachment 1# 2 Attachment 2# 3 Attachment 3# 4 Attachment 4)(KITTREDGE, PATRICK) (Entered: 03/19/2007) |
| 03/20/2007 | ●18 | ORDER THAT THE MOTION FOR PRO HAC VICE ADMISSION OF BRIAN A. ROSENTHAL, |

| | | |
|---|---|---|
| | | ESQUIRE IS GRANTED. SIGNED BY JUDGE NORMA L. SHAPIRO ON 3/20/07. 3/20/07 ENTERED AND COPIES MAILED. (jpd) (Entered: 03/20/2007) |
| 03/20/2007 | ◕19 | ORDER THAT THE MOTION FOR PRO HAC VICE ADMISSION OF ALAN M. GRIMALDI, ESQUIRE IS GRANTED. SIGNED BY JUDGE NORMA L. SHAPIRO ON 3/20/07. 3/20/07 ENTERED AND COPIES MAILED AND FAXED FROM CHAMBERS. (jpd) (Entered: 03/20/2007) |
| 03/20/2007 | ◕20 | ORDER THAT THE REQUESTS TO MOVE THE ADMISSION OF PETER J. KIRK, ESQ., (PAPER NO. 14) ALAN D. SMITH, ESQ., (PAPER NO. 15) AND DUANE-DAVIS HOUGH, ESQ., (PAPER NO. 16) ARE TAKEN UNDER ADVISEMENT TO GIVE LOCAL COUNSEL AN OPPURTUNITY TO SUPPLEMENT THESE REQUESTS WITH THE PROPER MOTION AS REQUIRED BY LOCAL RULES OF CIVIL PROCEDIRE 83.5 AND 83.5.2 AS AMENDED 7/8/02 SAID SUBMISSION SHALL BE FILED AND SERVED BY 3/23/07. SIGNED BY JUDGE NORMA L. SHAPIRO ON 3/20/07. 3/20/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) (Entered: 03/20/2007) |
| 03/20/2007 | ◕ | (Court only) ***Attorney ALAN M. GRIMALDI for U.S. PHILIPS CORPORATION, BRIAN A. ROSENTHAL for U.S. PHILIPS CORPORATION,U.S. PHILIPS CORPORATION added. (jpd, ) (Entered: 03/21/2007) |
| 03/21/2007 | ◕21 | AMENDED DOCUMENT by PANTECH WIRELESS, INC., U.S. PHILIPS CORPORATION. Amendment to 17 Report Of *Joint Preliminary Report for Initial Conference.* (Attachments: # 1 Attachment 2# 2 Attachment 3# 3 Attachment 4# 4 Attachment 5) (KITTREDGE, PATRICK) (Entered: 03/21/2007) |

| 03/22/2007 | •22 | NOTICE by PANTECH WIRELESS, INC. *of Authority*, CERTIFICATE OF SERVICE. (Attachments: # 1 Exhibit A - Intel v Via# 2 Exhibit B - Brown Bag v. Symantec# 3 Exhibit C - Sullivan Mktg v Valassis Comm# 4 Exhibit D - Carpenter Tech v Armco Inc.)(HALKOWSKI, THOMAS) Modified on 3/23/2007 (afm, ). (Entered: 03/22/2007) |
| 03/23/2007 | •23 | APPLICATION OF DEFENDANT PANTECH WIRELESS, INC. FOR PETER J. KIRK, ESQUIRE TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b), CERTIFICATE OF SERVICE. (jpd) (Entered: 03/23/2007) |
| 03/23/2007 | •24 | APPLICATION BY DEFENDANT PANTECH WIRELESS, INC. FOR ALAN D. SMITH, ESQUIRE TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b), CERTIFICATE OF SERVICE (jpd) (Entered: 03/23/2007) |
| 03/23/2007 | •25 | APPLICATION BY DEFENDANT PANTECH WIRELESS, INC.. FOR DUANE-DAVID HOUGH, ESQUIRE TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b), CERTIFICATE OF SERVICE. (jpd) (Entered: 03/23/2007) |
| 03/26/2007 | •26 | NOTICE of Appearance by PATRICK W. KITTREDGE on behalf of U.S. PHILIPS CORPORATION (KITTREDGE, PATRICK) (Entered: 03/26/2007) |
| 03/26/2007 | •27 | Minute Entry for Pretrial Status Conference held before Judge NORMA L. SHAPIRO held on 3/26/07. (jpd) Additional attachment(s) added on 8/13/2007 (jmv, ). (Entered: 03/27/2007) |
| 03/26/2007 | •28 | ORDER THAT THE REQUESTS FOR PRO HAC |

| | | |
|---|---|---|
| | | VICE ADMISSION FILE 3/19/07 (PAPERS NO. 14, 15, 16) ARE DENIED AS MOOT. THE MOTIONS FOR PRO HAC VICE ADMISSION OF PETER J. KIRK, ESQ., ALAN D. SMITH, ESQ., AND DUANE-DAVID HOUGH, ESQ., (PAPERS NO. 23, 24, 25) ARE GRANTED. SIGNED BY JUDGE NORMA L. SHAPIRO ON 3/26/07. 3/27/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) (Entered: 03/27/2007) |
| 03/26/2007 | ● | (Court only) ***Attorney PETER J. KIRK for PANTECH WIRELESS, INC., ALAN D. SMITH for PANTECH WIRELESS, INC., DUANE-DAVID HOUGH for PANTECH WIRELESS, INC. added. (jpd) (Entered: 03/27/2007) |
| 03/27/2007 | ●29 | ORDER THAT DISCOVERY DUE BY 11/15/2007.,DEFENDANT PRETRIAL MEMO DUE BY 4/7/2008. PLAINTIFF PRETRIAL MEMO DUE BY 3/7/2008. A MARKMAN HEARING IS SET FOR 11/15/2007 10:00 A.M. IN COURTROOM 10-A BEFORE HONORABLE NORMA L. SHAPIRO. A STATUS CONFERENCE IS SET FOR 5/17/2007 AT 2:00 P.M. BEFORE HONORABLE NORMA L. SHAPIRO. SIGNED BY JUDGE NORMA L. SHAPIRO ON 3/27/07. 3/28/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) (Entered: 03/28/2007) |
| 03/28/2007 | ● | (Court only) ***Deadlines terminated. (jpd, ) (Entered: 03/28/2007) |
| 04/02/2007 | ● | Set/Reset Deadlines: PLAINTIFF PRETRIAL MEMO DUE BY 3/17/2008. (jpd, ) (Entered: 04/02/2007) |
| 04/16/2007 | ● | Copy of Order dated 3/27/07 and Envelope addressed to DUANE-DAVID HOUGH RETURNED BY The U.S.Postal Service for the following reasons: NOT DELIVERABLE AS ADDRESSED/RETURN TO SENDER. (jpd) (Entered: 04/16/2007) |

| 05/10/2007 | ●30 | *Joint Agenda for May 17, 2007 Status Conference* by U.S. PHILIPS CORPORATION, Certificate of Service. (BALL, JONATHAN) Modified on 5/11/2007 (fh) (Entered: 05/10/2007) |
| 05/18/2007 | ●31 | Minute Entry for Status Confeernce held before Judge NORMA L. SHAPIRO held on 5/17/07. (jpd) Additional attachment(s) added on 8/13/2007 (jmv, ). (Entered: 05/21/2007) |
| 05/21/2007 | ●32 | ORDER THAT STATUS CONFERENCE WILL BE HELD AFTER THE MARKMAN HEARING ON 11/15/2007 AT 10:00 A.M. BEFORE HONORABLE NORMA L. SHAPIRO. SIGNED BY JUDGE NORMA L. SHAPIRO ON 5/21/07. 5/22/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) (Entered: 05/22/2007) |
| 06/14/2007 | ●33 | Minute Entry for proceedings held before Judge NORMA L. SHAPIRO : Status Conference held on 6/13/07. (stb, ) Additional attachment(s) added on 8/13/2007 (jmv, ). (Entered: 06/14/2007) |
| 06/14/2007 | ● | (Court only) ***Deadlines terminated., Set/Reset Hearings: EVIDENTIARY HEARING SET FOR 11/15/2007 10:00 AM BEFORE HONORABLE NORMA L. SHAPIRO. (afm, ) (Entered: 06/15/2007) |
| 06/19/2007 | ●34 | JOINT STIPULATED PROTECTIVE ORDER WITH COURT APPROVAL RE: CERTAIN STATEMENTS; ETC.. SIGNED BY JUDGE NORMA L. SHAPIRO ON 6/18/07. 6/20/07 ENTERED AND COPIES MAILED, E-MAILED. (jl, ) (Entered: 06/20/2007) |
| 06/19/2007 | ● | (Court only) ***Set/Clear Flags Set Flag SEALED DOCUMENT (jl, ) (Entered: 06/20/2007) |
| 10/01/2007 | ●35 | ORDER THAT THE MARKMAN HEARING SET FOR 11/15/07, WILL BE HELD ON 11/27/2007 AT 10:00 A.M. IN COURTROOM 10-A BEFORE |



| | | HONORABLE NORMA L. SHAPIRO. SIGNED BY JUDGE NORMA L. SHAPIRO ON 10/1/07. 10/1/07 ENTERED AND COPIES MAILED, E-MAILED. (jpd) (Entered: 10/01/2007) |
|---|---|---|
| 10/01/2007 | ◐ | EVIDENTIARY HEARING SET FOR 11/27/2007 10:00 AM IN COURTROOM BEFORE HONORABLE NORMA L. SHAPIRO. (jpd) (Entered: 10/02/2007) |
| 10/02/2007 | ◐ | (Court only) ***Deadlines terminated. (jpd, ) (Entered: 10/02/2007) |
| 10/15/2007 | ◐36 | Statement -- *Joint Claim Construction and Prehearing Statement* by PANTECH WIRELESS, INC., U.S. PHILIPS CORPORATION. (DONLEY, JOSEPH) (Entered: 10/15/2007) |
| 10/15/2007 | ◐37 | APPLICATION/PETITION *Opening Markman Brief* by U.S. PHILIPS CORPORATION. (Attachments: # 1 Affidavit Declaration of Christopher J. Day# 2 Exhibit Exhibit 1# 3 Exhibit Exhibit 2# 4 Exhibit Exhibit 3# 5 Exhibit Exhibit 4# 6 Exhibit Exhibit 5# 7 Exhibit Exhibit 6# 8 Exhibit Exhibit 7# 9 Exhibit Exhibit 8# 10 Exhibit Exhibit 9a# 11 Exhibit Exhibit 9b# 12 Exhibit Exhibit 9c# 13 Exhibit Exhibit 9d# 14 Exhibit Exhibit 9e# 15 Exhibit Exhibit 9f# 16 Exhibit Exhibit 9g# 17 Exhibit Exhibit 9h# 18 Exhibit Exhibit 10# 19 Exhibit Exhibit 11# 20 Exhibit Exhibit 12# 21 Exhibit Exhibit 13# 22 Exhibit Exhibit 14# 23 Exhibit Exhibit 15# 24 Exhibit Exhibit 16# 25 Exhibit Exhibit 17 part 1# 26 Exhibit Exhibit 17 part 2)(DAY, CHRISTOPHER) (Entered: 10/15/2007) |
| 10/15/2007 | ◐38 | APPLICATION/PETITION *Opening Markman Brief* by PANTECH WIRELESS, INC.. (Attachments: # 1 Exhibit Ex. 1 - Pantech's Proposed Claim Constructions)(KIRK, PETER) (Entered: 10/15/2007) |
| 10/15/2007 | ◐39 | Declaration re 38 Application/Petition *Opening* |

|  |  | *Markman Brief* by PANTECH WIRELESS, INC.. (Attachments: # 1 Exhibit Ex. A# 2 Exhibit Ex. B# 3 Exhibit Ex. C, part 1# 4 Exhibit Ex. C, part 2# 5 Exhibit Ex. C, part 3# 6 Exhibit Ex. C, part 4# 7 Exhibit Ex. C, part 5# 8 Exhibit Ex. D)(KIRK, PETER) (Entered: 10/15/2007) |
|---|---|---|
| 10/15/2007 | 40 | Declaration re 38 Application/Petition *Opening Markman Brief* by PANTECH WIRELESS, INC.. (Attachments: # 1 Exhibit Ex. A - Storer CV)(KIRK, PETER) (Entered: 10/15/2007) |
| 10/15/2007 | 41 | APPLICATION/PETITION *Opening Markman Brief (corrected table of contents)* by PANTECH WIRELESS, INC.. (Attachments: # 1 Exhibit Ex. 1) (KIRK, PETER) (Entered: 10/15/2007) |
| 10/17/2007 | 42 | NOTICE of Appearance by JOSEPH M. DONLEY on behalf of U.S. PHILIPS CORPORATION with Certificate of Service(DONLEY, JOSEPH) (Entered: 10/17/2007) |
| 10/30/2007 | 43 | PANTECH WIRELESS, INC.'S RESPONSEIVE CALIM CONSTRUCTION BRIEF. (FILED UNDER SEAL). (jpd) (Entered: 10/30/2007) |
| 10/30/2007 | 44 | APPLICATION/PETITION -- *Responsive Markman Brief* by U.S. PHILIPS CORPORATION. (Attachments: # 1 Affidavit Declaration of Bernd Girod# 2 Affidavit Declaration of Christopher J. Day# 3 Exhibit Exhibit 18 (Part 1)# 4 Exhibit Exhibit 18 (Part 2))(DONLEY, JOSEPH) (Entered: 10/30/2007) |
| 10/30/2007 | 45 | APPLICATION/PETITION *Responsive Markman Brief* by PANTECH WIRELESS, INC.. (Attachments: # 1 Exhibit Ex. 2 - Claim Construction Chart)(KIRK, PETER) (Entered: 10/30/2007) |
| 10/30/2007 | 46 | Declaration re 45 Application/Petition *Michael Forman Declaration in Support of Responsive Markman Brief* by PANTECH WIRELESS, INC.. |



| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Ex. G (FILED UNDER SEAL)- (public ver.)# 2 Exhibit Ex. H - CLI Claim Constr. Order# 3 Exhibit Ex. I - CLI Markman Brief# 4 Exhibit Ex. J - IEEE Dict. (1984)# 5 Exhibit Ex. K - IEEE Dict. (1988)# 6 Errata Ex. L - Van Nost. Dict.# 7 Exhibit Ex. M - MPEG LA Essential Patents# 8 Exhibit Ex. N - Entry 60 Table# 9 Exhibit Ex. O - SGXV Doc. 313# 10 Exhibit Ex. P - SGXV Doc. 577# 11 Exhibit Ex. Q - 1983 CCITT Patent Policy)(KIRK, PETER) Modified on 11/19/2007 (afm, ). (Entered: 10/30/2007) |
| 10/30/2007 | ●47 | Declaration re 45 Application/Petition *Frank Peterreins Declaration in Support of Responsive Markman Brief* by PANTECH WIRELESS, INC.. (Attachments: # 1 Exhibit Ex. E (FILED UNDER SEAL)- (public ver.)# 2 Exhibit Ex. F (FILED UNDER SEAL)- (public ver.))(KIRK, PETER) Modified on 11/19/2007 (afm, ). (Entered: 10/30/2007) |
| 10/30/2007 | ●48 | Declaration re 45 Application/Petition *James Storer Declaration in Support of Responsive Markman Brief* by PANTECH WIRELESS, INC.. (KIRK, PETER) (Entered: 10/30/2007) |
| 10/30/2007 | ●49 | Joint MOTION to Seal Document 43 Memorandum *Responsive Markman Brief and Certain Exhibits* filed by PANTECH WIRELESS, INC..including Certificate of Service.(KIRK, PETER) (Entered: 10/30/2007) |
| 10/30/2007 | ●50 | APPLICATION OF PANTECH WIRELESS, INC. FOR MICHAEL S. FORMAN, ESQUIRE TO PRATICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b), CERTIFICATE OF SERVICE. (jpd) (Entered: 10/31/2007) |
| 11/01/2007 | ●51 | ORDER THAT THE APPLICATION OF MICHAEL S. FORMAN, ESQUIRE TO PRACTICE IN THIS |



Case 1:08-cv-02526-RSI   Document 1   Filed 03/13/2008   Page 18 of 24

| | | |
|---|---|---|
| | | COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b) IS GRANTED.SIGNED BY JUDGE NORMA L. SHAPIRO ON 11/1/07. 11/2/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) (Entered: 11/02/2007) |
| 11/01/2007 | ● | (Court only) ***Attorney MICHAEL S. FORMAN for PANTECH WIRELESS, INC. added. (jpd, ) (Entered: 11/02/2007) |
| 11/09/2007 | ●52 | NOTICE of Appearance by HEATHER MARLA TASHMAN on behalf of PANTECH WIRELESS, INC. with Certificate of Service(TASHMAN, HEATHER) (Entered: 11/09/2007) |
| 11/09/2007 | ●53 | APPLICATION/PETITION *Reply in Support of Markman Brief* by U.S. PHILIPS CORPORATION. (Attachments: # 1 Declaration of Christopher M. Brubaker# 2 Exhibit 19 to Declaration of Christopher M. Brubaker# 3 Exhibit 20 to Declaration of Christopher M. Brubaker# 4 Exhibit 21 to Declaration of Christopher M. Brubaker# 5 Exhibit 22 to Declaration of Christopher M. Brubaker# 6 Exhibit 23 to Declaration of Christopher M. Brubaker# 7 Exhibit 24 to Declaration of Christopher M. Brubaker# 8 Exhibit 25 part 1 to Declaration of Christopher M. Brubaker# 9 Exhibit 25 part 2 to Declaration of Christopher M. Brubaker# 10 Exhibit 26 to Declaration of Christopher M. Brubaker# 11 Exhibit 27 to Declaration of Christopher M. Brubaker# 12 Exhibit 28 to Declaration of Christopher M. Brubaker) (DONLEY, JOSEPH) (Entered: 11/09/2007) |
| 11/14/2007 | ●54 | Joint MOTION for Extension of Time to Complete Discovery *and Exchange Expert Reports* filed by PANTECH WIRELESS, INC... (Attachments: # 1 Exhibit Ex. 1 - Scheduling Order)(KIRK, PETER) (Entered: 11/14/2007) |
| 11/16/2007 | ●55 | ORDER THAT THE PARTIES JOINT MOTION TO |



| | | |
|---|---|---|
| | | SEAL DOCUMENTS (DOC. NO. 49) IS GRANTED. DEFENDANTS RESPONSIVE CLAIM CONSTRUCTION BRIEF (DOC. NO.43) EXHIBITS E-F TO THE DECLARATION OF FRAN PETERREINS (DOC. NO.47) AND EXHIBIT G TO THE DECLARATION OF MICHAEL S. FORMAN (DOC. NO.46) FILED UNDER SEAL SHALL REAMIN UNDER SEAL UNTIL FURTHER NOTICE FROM THIS COURT. DISCOVERY DUE BY 3/4/2008.,DEFENDANT PRETRIAL MEMO DUE BY 4/7/2008.,PLAINTIFF PRETRIAL MEMO DUE BY 3/17/2008. SIGNED BY JUDGE NORMA L. SHAPIRO ON 11/16/07. 1/16/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) (Entered: 11/16/2007) |
| 11/19/2007 | ● | (Court only) ***Motions terminated: 49 Joint MOTION to Seal Document 43 Memorandum *Responsive Markman Brief and Certain Exhibits* filed by PANTECH WIRELESS, INC.. (jpd, ) (Entered: 11/19/2007) |
| 11/19/2007 | ●56 | ORDER THAT PLAINTIFF'S REPLY IN SUPPORT OF MARKMAN BRIEF (DOC. NO. 53) IS STRICKEN AS UNAUTHORIZED BY THE COURT'S ORDERS. SIGNED BY JUDGE NORMA L. SHAPIRO ON 11/19/07. 11/20/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) (Entered: 11/20/2007) |
| 11/21/2007 | ●57 | ORDER THAT THE MARKMAN HEARING PREVIOUSLY SET FOR 11/27/2007 WILL BE HELD ON 11/30/07 10:00 A.M. IN COURTROOM BEFORE HONORABLE NORMA L. SHAPIRO. SIGNED BY JUDGE NORMA L. SHAPIRO ON 11/21/07. 11/23/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) (Entered: 11/23/2007) |
| | | |



| | | |
|---|---|---|
| 11/27/2007 | ● | (Court only) ***Deadlines terminated. (jpd, ) (Entered: 11/27/2007) |
| 12/07/2007 | ●58 | MOTION for Pro Hac Vice *of Attorney Ann Marie Phillips* filed by U.S. PHILIPS CORPORATION.Declaration, Brief in Support and Certificate of Service.(KITTREDGE, PATRICK) (Entered: 12/07/2007) |
| 12/07/2007 | ●59 | MOTION for Pro Hac Vice *of Attorney Cecil E. Keys* filed by U.S. PHILIPS CORPORATION.Declaration, Brief in Support and Certificate of Service. (KITTREDGE, PATRICK) (Entered: 12/07/2007) |
| 12/07/2007 | ●60 | MOTION for Pro Hac Vice *of Attorney Vandana Koelsch* filed by U.S. PHILIPS CORPORATION.Declaration, Brief in Support and Certificate of Service.(KITTREDGE, PATRICK) (Entered: 12/07/2007) |
| 12/10/2007 | ● | (Court only) ***Attorney CECIL E. KEY for U.S. PHILIPS CORPORATION, ANN MARIE PHILLIPS for U.S. PHILIPS CORPORATION, VANDAN KOELSCH for U.S. PHILIPS CORPORATION added. (jpd, ) (Entered: 12/11/2007) |
| 12/11/2007 | ●61 | ORDER THAT THE MOTION FOR PRO HAC VICE ADMISSION OF CEILC E. KEY, ESQUIRE, ANNE MARIE PHILLIPS, ESQUIRE AND VANDAN KOELSCH, ESQUIRE IS GRANTED. SIGNED BY HONORABLE NORMA L. SHAPIRO ON 12/10/07. 12/11/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) Modified on 12/12/2007 (afm, ). (Entered: 12/11/2007) |
| 12/11/2007 | ●62 | ORDER THAT THE MARKMAN HEARING SET FOR 11/30/07 WIL BE HELD ON 1/31/2008 AT 10:00 A.M. IN COURTROOM 10-A BEFORE HONORABLE NORMA L. SHAPIRO., DISCOVERY DUE BY 5/9/2008., PLAINTIFF |



| | | |
|---|---|---|
| | | PRETRIAL MEMO DUE BY 5/27/2008., DEFENDANT PRETRIAL MEMO DUE BY 6/16/2008. SIGNED BY HONORABLE NORMA L. SHAPIRO ON 12/11/07. 12/11/07 ENTERED AND COPIES MAILED AND E-MAILED. (jpd) (Entered: 12/11/2007) |
| 01/17/2008 | ✏63 | NOTICE of Withdrawal of Appearance by JONATHAN F. BALL on behalf of U.S. PHILIPS CORPORATION(BALL, JONATHAN) (Entered: 01/17/2008) |
| 01/24/2008 | ✏64 | PLAINTIFF U.S. PHILIPS CORPORATION'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD PANTECH & CURITEL COMMUNICATIONS, INC. AND PANTECH COMPANY, LTD. AS DEFENDANTS, MEMORANDUM, CERTIFICATE OF SERVICE. (FILED UNDER SEAL). (jpd) (Entered: 01/24/2008) |
| 01/25/2008 | ✏ | (Court only) ***Motions terminated: 54 Joint MOTION for Extension of Time to Complete Discovery *and Exchange Expert Reports* filed by PANTECH WIRELESS, INC.. (jpd, ) (Entered: 01/25/2008) |
| 01/31/2008 | ✏65 | Minute Entry for Markman Hearing held before HONORABLE NORMA L. SHAPIRO on 1/31/2008 (jpd, ) (Entered: 01/31/2008) |
| 02/07/2008 | ✏ | (Court only) ***Deadlines terminated. (jpd) (Entered: 02/07/2008) |
| 02/08/2008 | ✏66 | MOTION to Transfer *to the Southern District of New York* filed by PANTECH WIRELESS, INC..Memorandum, Declaration, Certificate of Serivce. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Forman Declaration, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit |



| | | H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L)(FORMAN, MICHAEL) (Entered: 02/08/2008) |
|---|---|---|
| 02/11/2008 | ●67 | RESPONSE in Opposition re 64 MOTION for Leave to File filed by PANTECH WIRELESS, INC.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4)(TASHMAN, HEATHER) (Entered: 02/11/2008) |
| 02/12/2008 | ●68 | Declaration re 67 Response in Opposition to Motion *of Soon Do Yoon in Support of Pantech Wireless Inc's Opposition to Plaintiff's Motion for Leave to Amend* by PANTECH WIRELESS, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (TASHMAN, HEATHER) (Entered: 02/12/2008) |
| 02/15/2008 | ●69 | RESPONSE to Motion re 66 MOTION to Transfer *to the Southern District of New York in consent thereto* filed by U.S. PHILIPS CORPORATION. (Attachments: # 1 Exhibit A)(DAY, CHRISTOPHER) (Entered: 02/15/2008) |
| 02/21/2008 | ●70 | TRANSCRIPT of Proceedings held on 1/31/08 before Judge SHAPIRO. Court Reporter: SHARON CARTER. MARKMAN HEARING (jl, ) (Entered: 02/21/2008) |
| 02/25/2008 | ●71 | NOTICE of Withdrawal of Appearance by MICHAEL S. FORMAN on behalf of PANTECH WIRELESS, INC.(FORMAN, MICHAEL) (Entered: 02/25/2008) |
| 02/29/2008 | ●72 | MOTION to Compel *Production of Documents and Proper Privilege Log* filed by PANTECH WIRELESS, INC..Certificate of Service.(KIRK, PETER) (Entered: 02/29/2008) |
| 02/29/2008 | ●73 | MOTION to Compel *Production of Documents and Proper Privilege Log* filed by PANTECH WIRELESS, INC..Certificate of Service and Proposed |



| | | |
|---|---|---|
| | | Order. (Attachments: # 1 Text of Proposed Order Proposed Order)(KIRK, PETER) (Entered: 02/29/2008) |
| 02/29/2008 | 74 | Memorandum of Law in Support re 73 MOTION to Compel *Production of Documents and Proper Privilege Log (including Certificate of Service)* filed by PANTECH WIRELESS, INC.. (KIRK, PETER) (Entered: 02/29/2008) |
| 02/29/2008 | 75 | ORDER THAT DEFENDANT'S UNOPPOSED MOTION TO TRANSFER IS GRANTED. THIS ACTION AND ALL OUTSTANDING MOTIONS, INCLUDING PLAINTIFF'S MARKMAN PETITION AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT ARE TRANSFERRED FORTHWITH TO THE USDC FOR THE SOUTHERN DISTRICT OF NEW YORK; ETC.. SIGNED BY HONORABLE NORMA L. SHAPIRO ON 2/28/08. 3/3/08 ENTERED AND COPIES MAILED, E-MAILED.(jl, ) (Entered: 03/03/2008) |
| 02/29/2008 | | (Court only) ***Deadlines terminated., ***Documents terminated: 73 MOTION to Compel *Production of Documents and Proper Privilege Log* filed by PANTECH WIRELESS, INC., 1 Complaint filed by U.S. PHILIPS CORPORATION, 66 MOTION to Transfer *to the Southern District of New York* filed by PANTECH WIRELESS, INC., 72 MOTION to Compel *Production of Documents and Proper Privilege Log* filed by PANTECH WIRELESS, INC., 6 Answer to Complaint, Counterclaim filed by PANTECH WIRELESS, INC., 64 MOTION for Leave to File filed by U.S. PHILIPS CORPORATION., ***Motions terminated: 73 MOTION to Compel *Production of Documents and Proper Privilege Log* filed by PANTECH WIRELESS, INC., 1 Complaint filed by U.S. PHILIPS CORPORATION, 66 MOTION to Transfer |



| | | |
|---|---|---|
| | | *to the Southern District of New York* filed by PANTECH WIRELESS, INC., <u>72</u> MOTION to Compel *Production of Documents and Proper Privilege Log* filed by PANTECH WIRELESS, INC., <u>6</u> Answer to Complaint, Counterclaim filed by PANTECH WIRELESS, INC., <u>64</u> MOTION for Leave to File filed by U.S. PHILIPS CORPORATION. (jl, ) (Entered: 03/03/2008) |
| 02/29/2008 | ❍ | (Court only) ***Civil Case Terminated. (sf, ) (Entered: 03/03/2008) |
| 03/03/2008 | ❍<u>76</u> | ASSENTED-TO MOTION TO FILE UNDER SEAL FILED BY DEFENDANT PANTECH WIRELESS, INC., CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE.(mbh, ) (Entered: 03/04/2008) |
| 03/03/2008 | ❍<u>77</u> | Declaration of Peter J. Kirk in Support of Pantech Wireless, Inc.'s Motion to Compel Production of Documents and Proper Privilege Log. (FILED UNDER SEAL)(mbh, ) (Entered: 03/04/2008) |
| 03/03/2008 | ❍<u>78</u> | Exhibits to Declaration in Support of Motion to Compel Production of Documents and Proper Privilege Log filed by PANTECH WIRELESS, INC. (TWO BOXES CONTAINING EXHIBITS FILED WITH THE COURT). (FILED UNDER SEAL).(nda) (Entered: 03/04/2008) |
| 03/05/2008 | ❍ | Original record forwarded to Southern District of New York via interdistrict transfer system. (#s 18, 19, 77 and 78 will be sent via regular mail) (le, ) Modified on 3/5/2008 (le, ). (Entered: 03/05/2008) |
| 03/05/2008 | ❍ | (Court only) ***Motions terminated: <u>76</u> MOTION to Seal filed by PANTECH WIRELESS, INC.. (jpd, ) (Entered: 03/05/2008) |