# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004.2402
www.howrey.com

**Brian A. Rosenthal**
Partner

202.383.7108
rosenthalb@howrey.com

March 24, 2008

## VIA ELECTRONIC FILING

Hon. Barbara S. Jones
United States District Court
500 Pearl Street
New York, NY 10007-1312

> **Re:**   ***U.S. Philips Corporation v. LG Electronics Inc., et al.***
> **Civil Case No.: 06-1402**
>
> ***U.S. Philips Corporation v. Pantech Wireless, Inc., et al.***
> **Civil Case No.: 1:08-cv-2526**

Dear Judge Jones,

We represent Plaintiff U.S. Philips Corporation ("Philips") in the above-referenced actions. We write in response to Pantech Wireless, Inc.'s Motion to Compel, filed in *U.S. Philips Corp. v. Pantech Wireless, Inc*., Civil Case No. 1:08-cv-2526 (the "Pantech Litigation"), on February 29, 2008.[1]

We are writing to Your Honor because of the unique procedural position we find ourselves in with the transfer of the Pantech Litigation. Pantech's Motion to Transfer was granted by Judge Shapiro in the Eastern District of Pennsylvania on the same day Pantech filed its Motion to Compel. Philips' opposition to Pantech's Motion would have been due on March 17, 2008, had the case not been transferred. However, because the Pantech litigation had not yet been assigned to any Judge on March 17, with the consent of LG, Philips did not file any response.

Philips wants to address Pantech's Motion to Compel in a timely manner and as the Pantech Litigation has just recently been referred to Your Honor we would like to take this opportunity to address Pantech's Motion.

Pantech's Motion to Compel is solely focused on Philips' privilege log, originally served on November 28, 2007 (*see* Ex. A, Letter to Peter Kirk, dated November 28, 2007) and

---

[1] Pantech's Motion to Compel is located at docket entry numbers 72, 73, and 74 in the recently transferred Pantech case.

AMSTERDAM   BRUSSELS   CHICAGO   EAST PALO ALTO   HOUSTON   IRVINE   LONDON   LOS ANGELES
MADRID   MUNICH   NEW YORK   NORTHERN VIRGINIA   PARIS   SALT LAKE
CITY   SAN FRANCISCO   TAIPEI   WASHINGTON, DC

**HOWREY** LLP

Hon. Barbara S. Jones
March 24, 2008
Page 2

supplemented on December 6, 2007 (*see* Ex. B, Letter to Peter Kirk, dated December 6, 2007), and most recently on February 29, 2008 (*see* Ex. C, Letter to Peter Kirk, dated February 29, 2008).  Pantech raises eight issues with Philips' privilege log, most of which have already been resolved between the parties.[2]  The eight issues are: (1) whether Philips identified documents that were redacted for privilege on its privilege log; (2) whether Philips properly redacted documents obtained from the inventor of the patent-in-suit, Dr. Peter Vogel; (3) whether Philips properly identified all redactions on its produced documents; (4) whether Philips properly correlated the redacted documents to the privilege log entries; (5) whether Philips properly withheld documents obtained from Jan van der Meer, an employee of Philips; (6) whether Philips' privilege log differentiates between U.S. attorneys and foreign patent agents; (7) whether Philips's privilege log provides sufficient bases for redacting and withholding documents based on privilege; and (8) whether Philips has sufficiently established joint defense agreements pursuant to which it is withholding documents.  *See* Pantech's Mot. to Compel, pp. 1-13.

Philips has addressed all of the issues raised by Pantech, and has resolved a majority of them rendering much of Pantech's Motion to Compel moot.  Below is a brief description of the work Philips has done to address Pantech's Motion to Compel.

**Issues 1 & 4 – Redacted Documents Have Always Been Listed on Philips' Privilege Log and Philips has Correlated its Redactions to Entries on the Privilege Log**

Pantech raises two issues with Philips' privilege log that are much intertwined.  First, Pantech asserts that with the exception of three documents, Philips did not list the redactions it made on its privilege log.  Second, Pantech asserts that Philips did not correlate its redacted documents with entries on its privilege log.

With respect to Pantech's first issue, Philips has always listed the documents it redacted on the privilege log, since it first produced its privilege log on November 28, 2007.  Evidence of Philips' diligence in listing all the documents and redactions it withheld during the Pantech Litigation is clear by the sheer size and completeness of the log itself.  Consisting of more than 25,000 entries, Philips privilege log took over six months to complete.  Philips was thorough and comprehensive, taking its responsibilities under the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Pennsylvania and the Southern District of New York seriously.

To address Pantech's concern, Philips agreed to correlate each redacted document to its entry on the privilege log.  Philips' February 29 supplemental privilege log specifically identifies

---

[2] During meet-and-confers and in correspondence exchanged *prior* to Pantech filing this motion, Philips confirmed that several of Pantech's complaints with Philips' privilege log would be addressed in its supplementation on February 29, 2008.

**HOWREY** LLP

Hon. Barbara S. Jones
March 24, 2008
Page 3

each redacted document by bates-number.  As such, issues number one and four raised in Pantech's Motion to Compel are moot.

## Issue 2 – Documents Obtained from Dr. Peter Vogel

Pantech's Motion to Compel challenges a number of documents produced by Philips that were collected from Dr. Peter Vogel, the inventor of the patent-in-suit.  Specifically, Pantech challenged a series of Dr. Vogel's documents that Philips produced with redactions, alleging that those redactions are improper.

Pantech appears to have disregarded the descriptions Philips provided on its privilege log of the documents that were collected from Dr. Vogel and ultimately redacted.  Specifically, Philips identified the redactions as Dr. Vogel's handwritten notes prepared at the direction of Philips' attorneys.  (*See, e.g.,* Ex. D, excerpts from Philips' December 6, 2007 Privilege Log, entries 21655 and 21666).  However, in an effort to fully address this issue with Pantech, Philips did a thorough review of the documents collected from Dr. Vogel that were redacted.  Philips originally understood that Dr. Vogel reviewed a series of references and made handwritten notes on these references at the direction of various Philips attorneys.  After thorough investigation, Philips learned that some of the handwritten notes were not made at the direction of an attorney or in an effort to seek legal advice.  As such, Philips produced these documents in unredacted form to Pantech.  (*See* Ex. E, Letter to Peter Kirk, dated March 7, 2008.)  Accordingly, Pantech's Motion to Compel on this issue is moot.

## Issue 3 – Redactions Have Always Been Indicated on Redacted Documents Produced by Philips

In its Motion to Compel, Pantech alleges that Philips has produced redacted documents that do not indicate that any redaction has been made on the document, *i.e.*, certain documents contain "white-on-white" redactions.  This assertion is untrue.  Philips has stated numerous times in letters and during meet-and-confers, and states now for this Court, that Philips has never produced any document to Pantech that has contained so-called "white-on-white" redactions. (*See* Ex. F, Letter to Peter Kirk, dated February 19, 2008; *see also* Ex. G, Letter to Matthew Leary, dated March 18, 2008.)  Every redacted document produced by Philips has contained a box with an "X" through it to indicate the redaction.  (*See, e.g.*, Ex. H, PH_PAN 0000028-37.) Such markings were made by Philips' electronic document management system, so each redaction is consistent.  Pantech's claim of so-called "white-on-white" redactions is without basis.  As such, Pantech's Motion to Compel on this issue is moot.

**HOWREY** LLP

## Issue 5 – Documents Authored or Received by Jan van der Meer

Pantech identifies a series of entries on Philips' privilege log, for which Jan van der Meer, an employee of Philips, was the only individual identified as an attorney who authored or received the document. Pantech asserts that these documents are not privileged because Jan van der Meer is not an attorney.

Philips originally withheld these documents as privileged based on its understanding that Mr. van der Meer had obtained a legal degree on or around 2001. However after Pantech raised this issue with Philips for the first time in its Motion to Compel, Philips investigated whether Mr. van der Meer had obtained a legal degree on or around 2001. Philips' investigation revealed that Mr. van der Meer had not obtained a legal degree, and as such Philips produced the 46 documents for which Mr. van der Meer was the only individual identified as an attorney who authored or received the document, which were originally withheld on that basis. (*See* Ex. I, Letter to Peter Kirk, dated March 15, 2008.) Because Philips has produced these documents, Pantech's Motion to Compel on this issue is moot.

## Issue 6 – U.S. Attorneys and Foreign Patent Agents

Pantech asserts that Philips' privilege log is deficient because it does not distinguish between U.S. attorneys and foreign patent agents. Pantech's basis for this assertion is that some foreign patent agents are not afforded privilege because they are not licensed attorneys.

This challenge to Philips' privilege log, involves literally thousands of entries and 20 different countries. Recognizing that Pantech's challenge is massive in scale and complicated by the fact that U.S. law recognizes privilege for foreign patent agents as a matter of comity if the law of the foreign country recognizes the privilege, Philips is working with Pantech to narrow the scope of Pantech's challenge. In an effort to resolve this dispute in an efficient manner, given the comprehensive nature of Philips' privilege log and the late hour of this argument from Pantech,[3] Philips offered to provide more detail about the title and position of the individuals identified as attorneys on its privilege log of most concern to Pantech. On March 11, 2008, Pantech identified several categories of documents for which it would like more information about the attorneys listed on Philips' privilege log associated with these categories of documents. Philips is working to provide the information requested by Pantech. As discussed with Pantech, confirming this information will take some time, given the size of Philips and the number of entries identified by Pantech.

---

[3] Philips first served its privilege log on November 28, 2007. Pantech did not raise this issue, or bring many of the concerns identified in its Motion to Compel to Philips' attention, until February 2008, the end of fact discovery in Pantech. Had Pantech raised these issues in a timely manner, many of the issues in this motion could have been addressed without having to burden this Court's resources.



To be clear, courts have recognized that privilege attaches to communications with foreign patent agents in at least two circumstances.  First, privilege will attach if the foreign patent agent is "acting under the authority and control of a U.S. attorney."  *Bristol-Myers Squibb v. Rhone Poulenc Rorer*, 1998 U.S. Dist. LEXIS 4213, *1 (S.D.N.Y. April 2, 1998) (citing *Status Time Corp. v. Sharp Electronics Corp.*, 95 F.R.D. 27, 31-33 (S.D.N.Y. 1982).)  Second, privilege will attach if the communication involves a "foreign patent application," because "as a matter of comity, the law of that foreign country is considered regarding whether that law provides a privilege comparable to the attorney-client privilege."  *Id*. at *2; *Burroughs Wellcome Co. v. Barr Labs., Inc.*, 143 F.R.D. 611, 616-17 (E.D.N.C. 1992) (citing *Duplan Corp. v. Deering Milliken, Inc.*, 397 F. Supp. 1146, 1167-68 (D.S.C. 1974); *Santrade, Ltd. v. General Electric Co.*, 150 F.R.D. 539, 547 (E.D.N.C. 1993).  As long as the privilege of the foreign country does not offend United States public policy, courts will uphold the privilege.  *Bristol-Myers*, 1998 U.S. Dist. LEXIS 4213 at *2-3.

Moreover, in the key jurisdictions at issue in this litigation, including Germany, the United Kingdom, and the Netherlands, patent agents do enjoy privilege.  *See Astra Aktiebolag v. Andrx Pharms., Inc.*, 208 F.R.D. 92, 99-100 (S.D.N.Y. 2002) ("German law promises confidentiality to communications between a patent attorney or agent and his clients."); *see also Golden Trade, S.r.L. v. Lee Apparel Co.*, 143 F.R.D. 514, 524 (S.D.N.Y. 1992); *see also* 1 EDNA SELAN EPSTEIN. THE ATTORNEY-CLIENT PRIVILEGE AND THE WORK-PRODUCT DOCTRINE 762 (5th ed. 2007) (The attorney client privilege in the United Kingdom ("UK") is akin to the attorney client privilege in the United States); *see also Johnson Matthey, Inc. v. Research Corp.*, 2002 U.S. Dist. LEXIS 13560, *24 (S.D.N.Y. 2002) (The communications between a British patent agent and his client are protected under the attorney client privilege); *see also Burroughs Wellcome Co. v. Barr Labs., Inc.*, 143 F.R.D. 611, *624 (E.D.N.C. 1992); *see also Tulip Computers Int'l v. Dell Computer, Corp.*, 210 F.R.D. 100 (D.Del. 2002) (The Netherlands Code of Civil Procedure, Article 165 states that "certain individuals can invoke the privilege of non-disclosure."  Article 165 goes on to state that the privilege attaches to "those persons who are obligated to maintain confidentiality *as a result of their profession* with respect to information which has been entrusted to them *in the capacity of their profession*.").

Further, while Pantech's motion focuses primarily on foreign patent agents, to the extent Pantech seeks communications with non-U.S. lawyers, those communications are also protected by privilege.  *See* 1 EDNA SELAN EPSTEIN. THE ATTORNEY-CLIENT PRIVILEGE AND THE WORK-PRODUCT DOCTRINE 764-767 (5th ed. 2007).  Pantech even recognizes that "the attorney-client privilege may apply to certain communications with foreign legal professionals."  Pantech Mot. to Compel, p. 10.

Thus, Philips submits that after the parties have narrowed the scope of the dispute the parties should brief the Court on the privilege applicable to patent agents and attorneys of any remaining jurisdictions still at issue.  At this stage, however, Philips believes it is premature for



the Court to address Pantech's sweeping complaints until the parties have narrowed the scope of their disputes on this issue.

## Issue 7 – Philips Privilege Log Sufficiently Identifies the Basis for Privilege for Each Document Listed

Pantech asserts that Philips' privilege log is deficient because Philips does not identify which of the individuals on the privilege log work(ed) for Philips and therefore does not provide a sufficient basis to establish privilege upon which to withhold the documents. Pantech's argument is without basis. As Pantech admits, Philips' privilege log identifies each attorney on the log with an "*." In addition, the privilege log identifies the basis upon which each documents has been withheld, be it the attorney-client privilege, the attorney work-product doctrine, and/or a Joint Defense Agreement. This information is sufficient to establish the basis for withholding the documents.

As discussed above, Philips' privilege log is comprehensive, including more than 25,000 entries. For Philips to confirm the exact title and position of each individual listed on the log for each year the individual worked for Philips would be overly burdensome and would take Philips months to accomplish. In an effort to resolve this dispute, Philips has offered to provide information about specific individuals Pantech is concerned about. As discussed above, Pantech has identified a number of attorneys identified on the privilege log for which it has requested more information, and Philips is working to provide the information requested.

Because Philips' privilege log sufficiently establishes the privilege basis upon which its documents have been redacted or withheld, Pantech's Motion to Compel on this issue should be denied.



Hon. Barbara S. Jones
March 24, 2008
Page 7

**Issue 8 – Joint Defense Agreements**

Philips has withheld a number of documents as privileged based on two Joint Defense Agreements: one with MPEG LA, an organization through which Philips' licenses the patent-in-suit, and one with Sony Corporation.  Philips is working to obtain copies of these Joint Defense Agreements and will provide them to Pantech as soon as possible.  Even without producing the Joint Defense Agreements themselves, some of the documents Philips is withholding indicate on their face that these documents are subject to joint defense agreements.

Respectfully yours,


/s/
Brian A. Rosenthal

cc:     Hon. Theodore H. Katz
        Alan M. Grimaldi
        Charles Updike

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com
Direct Dial 202.383.7436

November 28, 2007

**VIA FEDERAL EXPRESS**

Peter J. Kirk, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

Re:     *U.S. Philips Corporation v. LG Electronics Inc., et al.*
        **Civil Case No.: 06-1402**

        *U.S. Philips Corporation v. Pantech Wireless, Inc., et al.*
        **Civil Case No.: 06-4583**

Dear Peter,

I have enclosed Philips' privilege logs for the above-referenced matters. We are in the process of finalizing our document production and plan to supplement these privilege logs in mid-December.

The LG Privilege Log, which is in the first box, is produced pursuant to the Joint Protective Order, entered June 11, 2007. And the Pantech Privilege Log, which is in the second box, is produced pursuant to the Joint Protective Order, entered June 20, 2007.

Sincerely,

*Ann Marie Phillips/nkmc*

Ann Marie Phillips

Enclosures

cc:     Alan M. Grimaldi (*without enclosures*)
        Brian A. Rosenthal (*without enclosures*)

AMSTERDAM   BRUSSELS   CHICAGO   EAST PALO ALTO   HOUSTON   IRVINE   LONDON   LOS ANGELES
MUNICH   NEW YORK   NORTHERN VIRGINIA   PARIS   SALT LAKE CITY   SAN FRANCISCO   TAIPEI   WASHINGTON, DC

DM_US:20887372_1

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

Direct Dial 202.383.7436

December 6, 2007

**VIA FEDERAL EXPRESS**

Peter J. Kirk, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

> Re:  *U.S. Philips Corporation v. LG Electronics Inc., et al.*
>      **Civil Case No.: 06-1402**
>
>      *U.S. Philips Corporation v. Pantech Wireless, Inc., et al.*
>      **Civil Case No.: 06-4583**

Dear Peter,

    I have enclosed Philips' supplemental privilege logs for the above-referenced matters.  I have also enclosed documents bearing Bates Nos. PH_LG 0285338 to PH_LG 0289492 (the "LG Production") and PH_PAN 0285338 to PH_PAN 0289492 (the "Pantech Production") for production in the above-referenced matters.

    The LG privilege log and LG Production, both of which are in the first box, are produced pursuant to the Joint Protective Order, entered June 11, 2007.  The Pantech privilege log and Pantech Production, which are in the second box, are produced pursuant to the Joint Protective Order, entered June 20, 2007.

Sincerely,

*Ann Marie Phillips/*ᵤₘₚ

Ann Marie Phillips

Enclosures

cc:  Alan M. Grimaldi (*without enclosures*)
     Cecil E. Key (*without enclosures*)
     Brian A. Rosenthal (*without enclosures*)

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US:20901327_1

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
**T** 202.783.0800
**F** 202.383.6610
www.howrey.com

Direct Dial 202.383.7436

February 29, 2008

**VIA FEDEX**

Peter J. Kirk, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

Re:     *U.S. Philips Corporation v. LG Electronics Inc., et al.*
        **Civil Case No.: 06-1402**

        *U.S. Philips Corporation v. Pantech Wireless, Inc., et al.*
        **Civil Case No.: 06-4583**

Dear Peter,

        I have enclosed Philips' supplemental privilege logs for the above-referenced matters. The LG privilege log is produced pursuant to the Joint Protective Order, entered June 11, 2007. The Pantech privilege log is produced pursuant to the Joint Protective Order, entered June 20, 2007. Each privilege log supersedes any and all privilege logs previously produced.

                            Sincerely,

                            Ann Marie Phillips /*M. B*

Enclosures

cc:     Alan M. Grimaldi (*without enclosures*)
        Cecil E. Key (*without enclosures*)
        Brian A. Rosenthal (*without enclosures*)

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US:21054051_1

FedEx | Ship Manager | Label 790459763633                    Page 1 of 1

From:   Origin ID: RDVA  (202)383-6817
Monica Biswas
Howrey, LLP
1299 Pennsylvania Avenue, N.W.

Washington, DC 20004



FedEx
Express

E

CLS120707/2124

Ship Date: 29FEB08
ActWgt: 1 LB
System#: 7671143/INET8011
Account#: S *********

Delivery Address Bar Code



SHIP TO: (617) 542-5070          BILL SENDER
**Peter Kirk**
**Fish & Richardson P.C.**
**225 Franklin Street**

**Boston, MA 02110**

Ref #   05604.0016
Invoice #
PO #
Dept #

TRK#
0201   **7904 5976 3633**

MON - 03MAR          A1

**PRIORITY OVERNIGHT**

02110

**NK LWMA**

MA-US

BOS



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 4394 | 00/00/00 | WEDEL, MS.* | VLEMS, M.H.* | | MEMORANDUM WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (USA, CHINA, KOREA, TAIWAN) | AC |
| 4395 | 08/10/87 | TOST, R.* | VLEMS, M.H.* | | FACSIMILE REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (GERMANY) | AC |
| 4396 | 09/07/87 | VLEMS, M.H.* | TOST, R.* | | LETTER REFLECTING CONFIDENTIAL CLIENT COMMUNICATIONS REGARDING PROSECUTION (USA, CHINA, KOREA, TAIWAN) | AC |
| 4397 | 04/30/87 | TOST, R.* | DE HAAN, F.J.* | | LETTER REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (USA, CHINA, KOREA, TAIWAN) | AC |
| 4398 | 02/25/87 | KOOIMAN, J.J.A. (TON)* | NEUMANN, LOTHAR* | | LETTER CONTAINING LEGAL ADVICE OF COUNSEL PROSECUTION (GERMANY) | AC |
| 4399 | 03/25/87 | DE HAAN, F.J.* | PHILIPS PATENTVERWALTUNG GmbH* | | LETTER WITH ATTACHMENTS REFLECTING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (GERMANY, USA, CHINA, JAPAN, TAIWAN, KOREA, FRANCE, UK, AUSTRIA, ITALY, SWEDEN, NETHERLANDS) | AC |
| 4400 | 09/22/86 | BRIEGER, MR.* | PEUCKERT, HERMANN* | | MEMORANDUM REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (GERMANY) | AC |
| 4401 | 10/07/86 | VOGEL, PETER | HARTMANN, HEINRICH* | | LETTER WITH ATTACHMENTS PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING PROSECUTION (GERMANY) | AC |
| 4402 | 08/04/87 | PEUCKERT, HERMANN* | | | REPORT WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (EU) | AC |
| 4403 | 10/25/91 | VOLMER, GEORG* | KOOIMAN, J.J.A. (TON)* | | MEMORANDUM REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 4404 | 01/22/93 | PHILIPS PATENTVERWALTUNG GmbH* | | | REPORT WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |
| 4405 | 04/10/99 | KWAKMAN, C.J.H.* | KIRKPATRICK, MR. | SCHMIDT, HEINZ; NEUMANN, LOTHAR* | MEMORANDUM WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING LICENSING PROSECUTION (NETHERLANDS) | AC |
| 4406 | 04/08/99 | KWAKMAN, C.J.H.* | PHILIPS PATENTVERWALTUNG GmbH* | | LETTER WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |
| 4407 | 08/11/94 | WALTER, MS.* | PHILIPS KOMMUNICATIONS INDUSTRIE AG | | FACSIMILE REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |
| 4408 | 08/17/94 | WALTER, MS.* | VOGEL, PETER | | LETTER REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |
| 4409 | 04/08/94 | KWAKMAN, C.J.H.* | PHILIPS PATENTVERWALTUNG GmbH* | | LETTER WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |
| 4410 | 03/28/94 | KWAKMAN, C.J.H.* | NEUMANN, LOTHAR* | KOOIMAN, J.J.A. (TON)* | LETTER REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |
| 4411 | 03/07/94 | KWAKMAN, C.J.H.* | NEUMANN, LOTHAR* | | LETTER REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |
| 4412 | 01/12/94 | TOST, R.* | PHILIPS CORPORATE PATENTS & TRADEMARKS* | | MEMORANDUM WITH ATTACHMENTS PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING PROSECUTION (EU) | AC |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

12/6/2007

Page 397

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 4413 | 03/08/93 | VOLMER, GEORG* | VOGEL, PETER | | MEMORANDUM WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (GERMANY) | AC |
| 4414 | 10/22/91 | KOOIMAN, J.J.A. (TON)* | NEUMANN, LOTHAR* | | LETTER REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |
| 4415 | 05/30/89 | INTERNATIONAAL OCTROOIBUREAU B.V. | MARION, MICHAEL E.* | | LETTER WITH ATTACHMENTS PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING PROSECUTION (USA) | AC |
| 4416 | 11/21/88 | KOOIMAN, J.J.A. (TON)* | MARION, MICHAEL E.* | | FACSIMILE WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (USA) | AC |
| 4417 | 07/07/89 | KOOIMAN, J.J.A. (TON)* | NEUMANN, LOTHAR* | | LETTER REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (EU) | AC |
| 4418 | 08/12/87 | PHILIPS PATENT & TRADEMARK OFFICE* | KUNNEN, H.J.* | | MEMORANDUM PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING PROSECUTION | AC |
| 4419 | 03/25/87 | DE HAAN, F.J.* | PHILIPS PATENTVERWALTUNG GmbH* | | LETTER REFLECTING CONFIDENTIAL CLIENT COMMUNICATIONS REGARDING PROSECUTION (USA, CHINA, JAPAN, KOREA, TAIWAN, AUSTRIA, FRANCE, GERMANY, ITALY, SWEDEN, NETHERLANDS, UK) | AC |
| 4420 | 07/25/96 | CENTRAL INTERNATIONAL LAW FIRM*; LEE, BYONG HO*; MOON, K.J.* | VOLMER, GEORG* | | LETTER CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (KOREA) | AC |
| 4421 | 07/10/96 | CENTRAL INTERNATIONAL LAW FIRM*; LEE, BYONG HO*; MOON, K.J.* | VOLMER, GEORG* | | LETTER CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (KOREA) | AC |
| 4422 | 07/11/96 | SONDERHOFF & EINSEL* | INTERNATIONAAL OCTROOIBUREAU B.V. | | FACSIMILE REFLECTING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (JAPAN) | AC |
| 4423 | 02/28/96 | CENTRAL INTERNATIONAL LAW FIRM*; LEE, BYONG HO*; MOON, K.J.* | VOLMER, GEORG* | | LETTER REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (KOREA) | AC |
| 4424 | 02/27/96 | CENTRAL INTERNATIONAL LAW FIRM*; LEE, BYONG HO*; MOON, K.J.* | VOLMER, GEORG* | | LETTER REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING PROSECUTION (KOREA) | AC |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

OUTSIDE ATTORNEY EYES ONLY

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 7164 | 05/19/05 | PIOTROWSKI, TONY E.* | SCOTT, KEVIN* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7165 | 05/19/05 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN* | TANGENA, ANTHONY G. (TONY); MERTENS, MARK J.W.; SCHOENMAKER, MAARTEN* | EMAIL WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 7166 | 05/20/05 | VOGEL, PETER | VOLMER, GEORG*; SLOBOD, JACK D.* | SLOBOD, JACK D.*; OWEN, DAVID P.*; GRIMALDI, ALAN M.* | INFORMATION FOR THE PURPOSE OF RENDERING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 7167 | 05/22/05 | SLOBOD, JACK D.*; SCOTT, KEVIN* | GRIMALDI, ALAN M.* | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 7168 | 05/23/05 | TSUGARU, SUSUMU* | SCOTT, KEVIN* | GRIMALDI, ALAN M.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 7169 | 05/23/05 | OWEN, DAVID P.* | SCOTT, KEVIN* | SLOBOD, JACK D.*; VAN DEN BROEK, BART J.*; GRIMALDI, ALAN M.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 7170 | 05/23/05 | SCOTT, KEVIN* | OWEN, DAVID P.* | GRIMALDI, ALAN M.*; SLOBOD, JACK D.*; VAN DEN BROEK, BART J.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 7171 | 05/23/05 | SCOTT, KEVIN* | VAN DER MEER, JAN* | SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 7172 | 05/24/05 | VAN DER MEER, JAN* | SCOTT, KEVIN* | SLOBOD, JACK D.*; VAN DER MEER, JAN* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 7173 | 05/24/05 | SCOTT, KEVIN* | OWEN, DAVID P.* | GRIMALDI, ALAN M.*; SLOBOD, JACK D.*; VAN DEN BROEK, BART J.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 7174 | 05/25/05 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN*; SLOBOD, JACK D.* | GRIMALDI, ALAN M.*; OWEN, DAVID P.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

**U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.**
**INDEX OF PRIVILEGED DOCUMENTS**

**OUTSIDE ATTORNEY EYES ONLY**

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 7175 | 05/31/05 | SCOTT, KEVIN* | VOGEL, PETER | SLOBOD, JACK D.*; VOLMER, GEORG* | EMAIL REFLECTING CONFIDENTIAL CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7176 | 05/31/05 | SCOTT, KEVIN* | VOLMER, GEORG* | SLOBOD, JACK D.* | INFORMATION FOR THE PURPOSE OF RENDERING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7177 | 05/31/05 | VOLMER, GEORG* | SCOTT, KEVIN* | SLOBOD, JACK D.*; SCHMELZER, MEILING | EMAIL REFLECTING CONFIDENTIAL CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7178 | 05/31/05 | VOLMER, GEORG* | VOLMER, GEORG* | SCOTT, KEVIN*; SCHMELZER, MEILING | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7179 | 05/31/05 | VOLMER, GEORG* | SLOBOD, JACK D.* | SCOTT, KEVIN*; SCHMELZER, MEILING | EMAIL REFLECTING CONFIDENTIAL CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7180 | 06/01/05 | SCOTT, KEVIN* | SLOBOD, JACK D.* | SCOTT, KEVIN*; SCHMELZER, MEILING | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7181 | 06/01/05 | MERTENS, MARK J.W.* | SLOBOD, JACK D.* | SCOTT, KEVIN* | EMAIL PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7182 | 06/02/05 | SCOTT, KEVIN* | MORRIS, OCTAVIUS JOHN (O.J.) | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7183 | 06/02/05 | MERTENS, MARK J.W.* | SLOBOD, JACK D.*; SCOTT, KEVIN* | | EMAIL REFLECTING CONFIDENTIAL CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7184 | 06/02/05 | MORRIS, OCTAVIUS JOHN (O.J.) | SCOTT, KEVIN* | | EMAIL REFLECTING CONFIDENTIAL CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7185 | 06/03/05 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN*; SLOBOD, JACK D.* | GRIMALDI, ALAN M.*; OWEN, DAVID P.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

12/6/2007

**U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.**
**INDEX OF PRIVILEGED DOCUMENTS**

**OUTSIDE ATTORNEY EYES ONLY**

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 7198 | 06/05/05 | SLOBOD, JACK D.* | VOLMER, GEORG*; SCHMELZER, MEILING | SCOTT, KEVIN* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7199 | 06/05/05 | SLOBOD, JACK D.* | TSUGARU, SUSUMU* | | EMAIL CONTAINING CONFIDENTIAL CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7200 | 06/06/06 | VAN DEN BROEK, BART J.* | SLOBOD, JACK D.* | GRIMALDI, ALAN M.*; SCOTT, KEVIN*; OWEN, DAVID P.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7201 | 06/05/05 | VAN DEN BROEK, BART J.* | | GRIMALDI, ALAN M.*; SCOTT, KEVIN*; OWEN, DAVID P.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7202 | 06/06/05 | SLOBOD, JACK D.* | VOGEL, PETER | VOLMER, GEORG*; SCOTT, KEVIN* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7203 | 06/06/05 | SCOTT, KEVIN* | VAN DEN BROEK, BART J.* | GRIMALDI, ALAN M.*; SLOBOD, JACK D.*; OWEN, DAVID P.*; VAN DEN BROEK, BART J.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7204 | 06/07/05 | HANE, NAOKO* | SLOBOD, JACK D.* | SCOTT, KEVIN*; TSUGARU, SUSUMU* | EMAIL WITH ATTACHMENTS PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7205 | 06/07/05 | VAN DEN MEER, JAN* | SCOTT, KEVIN* | SLOBOD, JACK D.* | EMAIL PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7206 | 06/07/05 | SCOTT, KEVIN* | SLOBOD, JACK D.* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7207 | 06/07/05 | SCOTT, KEVIN* | SLOBOD, JACK D.* | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 7208 | 06/07/05 | SLOBOD, JACK D.* | GRIMALDI, ALAN M.*; OWEN, DAVID P.*; VAN DEN BROEK, BART J.*; ANZALONE, STEVEN*; DECOSTA, FRANK A.* | SCOTT, KEVIN* | EMAIL WITH ATTACHMENTS PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 7359 | 06/08/06 | YANG, CHUN Y.* | CHO, KENNETH* | SLOBOD, JACK D.*; SCOTT, KEVIN*; CHO, SUNG-KWON*; OH, KWAN-SEOK*; JUNG, EUN-JIN* | EMAIL WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING LITIGATION IN ANTICIPATION OF LITIGATION | AC/WP |
| 7360 | 08/24/05 | VOLMER, GEORG* | SLOBOD, JACK D.* | SCOTT, KEVIN* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS TO COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7361 | 08/24/05 | SLOBOD, JACK D.* | VOLMER, GEORG* | SCOTT, KEVIN* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7362 | 09/14/05 | SCOTT, KEVIN* | VOLMER, PETER | SLOBOD, JACK D.*; VOLMER, GEORG* | ADVICE OF COUNSEL REGARDING INFRINGEMENT | AC |
| 7363 | 10/17/05 | OWEN, DAVID P.* | SCOTT, KEVIN*; SLOBOD, JACK D.* | GRIMALDI, ALAN M.*; KEE, NELSON M.* | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7364 | 10/17/05 | DECOSTA, FRANK A.* | DECOSTA, FRANK A.* | ANZALONE, STEVEN*; SCOTT, KEVIN*; CHO, KENNETH* | EMAIL WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7365 | 10/24/05 | DECOSTA, FRANK A.* | SLOBOD, JACK D.* | SCOTT, KEVIN* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7366 | 10/24/05 | SLOBOD, JACK D.* | DECOSTA, FRANK A.* | SCOTT, KEVIN* | EMAIL REFLECTING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT | AC |
| 7367 | 10/24/05 | OWEN, DAVID P.* | GRIMALDI, ALAN M.*; KEE, NELSON M.*; SCOTT, KEVIN* | | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7368 | 10/24/05 | OWEN, DAVID P.* | GRIMALDI, ALAN M.*; KEE, NELSON M.*; SCOTT, KEVIN* | | EMAIL WITH ATTACHMENTS REFLECTING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT | AC |
| 7369 | 11/20/05 | VAN DEN BROEK, BART J.* | VOLMER, PETER | VOLMER, GEORG*; CHO, KENNETH*; SCOTT, KEVIN*; DECOSTA, FRANK A.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7370 | 11/20/05 | VAN DEN BROEK, BART J.* | VOLMER, PETER | VOLMER, GEORG*; CHO, KENNETH*; SCOTT, KEVIN*; DECOSTA, FRANK A.* | EMAIL WITH ATTACHMENTS REFLECTING ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 7371 | 11/21/05 | VAN DEN BROEK, BART J.* | VOGEL, PETER | VOLMER, GEORG*; CHO, KENNETH*; SCOTT, KEVIN*; DECOSTA, FRANK A.* | EMAIL WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

12/6/2007

Page 623

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 12766 | 08/25/05 | SLOBOD, JACK D.* | VOGEL, PETER | VOLMER, GEORG*; SCOTT, KEVIN* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12767 | 08/25/05 | SLOBOD, JACK D.* | DECOSTA, FRANK A.*; GRIMALDI, ALAN M.*; ANZALONE, STEVEN*; VAN DEN BROEK, BART J.* | SCOTT, KEVIN*; TSUGARU, SUSUMU*; BUTTRICK, RICHARD* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12768 | 12/13/05 | SCOTT, KEVIN* | VAN DEN BROEK, BART J.* | SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12769 | 12/13/05 | OWEN, DAVID P.* | SCOTT, KEVIN*; SLOBOD, JACK D.* | VAN DEN BROEK, BART J.*; GRIMALDI, ALAN M.*; KEE, NELSON M.*; DECOSTA, FRANK A.*; OWEN, DAVID P.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12770 | 09/14/05 | DECOSTA, FRANK A.* | OWEN, DAVID P.*; SLOBOD, JACK D.*; SCOTT, KEVIN* | GRIMALDI, ALAN M.*; KEE, NELSON M.*; VAN DEN BROEK, BART J.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS TO COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12771 | 09/14/05 | SCOTT, KEVIN* | VOGEL, PETER | SLOBOD, JACK D.*; VOLMER, GEORG* | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12772 | 09/15/05 | SCOTT, KEVIN* | VAN DEN BROEK, BART J.* | SLOBOD, JACK D.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12773 | 09/16/05 | VOLMER, GEORG* | SLOBOD, JACK D.*; SCOTT, KEVIN* | SLOBOD, JACK D.*; VOLMER, GEORG* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12774 | 09/16/05 | SCOTT, KEVIN* | VOLMER, GEORG* | SLOBOD, JACK D.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12775 | 09/16/05 | SCOTT, KEVIN* | VOLMER, GEORG* | SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12776 | 08/25/05 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN*; SLOBOD, JACK D.* | DECOSTA, FRANK A.*; GRIMALDI, ALAN M.*; ESFAHANI, HOUTAN*; SLOBOD, JACK D.*; KEE, NELSON M.*; ANZALONE, STEVEN*; VAN DEN BROEK, BART J.*; VOLMER, GEORG* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 12977 | 10/04/05 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN*; OWEN, DAVID P.* | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL, REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |

* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

12/6/2007

Page 1031

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 12803 | 1/17/05 | VAN DEN BROEK, BART J.* | VOLMER, GEORG* | DECOSTA, FRANK A.*; CHO, KENNETH*; SCOTT, KEVIN* | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 12804 | 1/20/05 | VAN DEN BROEK, BART J.* | VOGEL, PETER | VOLMER, GEORG*; CHO, KENNETH*; SCOTT, KEVIN*; DECOSTA, FRANK A.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 12805 | 1/20/05 | VAN DEN BROEK, BART J.* | VOGEL, PETER | VOLMER, GEORG*; CHO, KENNETH*; SCOTT, KEVIN*; DECOSTA, FRANK A.* | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 12806 | 11/21/05 | VAN DEN BROEK, BART J.* | VOGEL, PETER | VOLMER, GEORG*; CHO, KENNETH*; SCOTT, KEVIN*; DECOSTA, FRANK A.* | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 12807 | 11/29/05 | VAN DEN BROEK, BART J.* | DECOSTA, FRANK A.*; CHO, KENNETH*; SCOTT, KEVIN* | OWEN, DAVID P.* | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 12808 | 1/20/06 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN*; CHO, KENNETH*; SLOBOD, JACK D.*; DECOSTA, FRANK A.* | OWEN, DAVID P.* | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 12809 | 1/15/03 | SCOTT, KEVIN* | BUTTRICK, RICHARD* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS TO COUNSEL | AC |
| 12810 | 1/15/03 | BUTTRICK, RICHARD* | SCOTT, KEVIN* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING LICENSING | AC |
| 12811 | 03/04/03 | SCOTT, KEVIN* | BUTTRICK, RICHARD* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL | AC |
| 12812 | 4/10/03 | SCOTT, KEVIN* | BUTTRICK, RICHARD* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL | AC |
| 12813 | 4/25/03 | SCOTT, KEVIN* | BUTTRICK, RICHARD*; BECKERS, HUUB F.M.* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS TO COUNSEL REGARDING LICENSING | AC |
| 12814 | 05/12/03 | WHITE, ANDREW | SHARROCK, DAN*; MURLEY, DARREN; MARDEN, DAVE; MELBOURNE, DAVID; SCOTT, KEVIN*; HILLIER, PAUL; WILLIAMSON, PAUL*; MABEY, PETER; TURNER, RICHARD; ZIJLSTRA, ROB.; TOWNSEND, STEVE* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING LICENSING | AC |
| 12815 | 07/14/03 | SCOTT, KEVIN* | BUTTRICK, RICHARD*; BECKERS, HUUB F.M.* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING LICENSING | AC |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

12/6/2007

Page 1034

**U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.**
**INDEX OF PRIVILEGED DOCUMENTS**

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 13483 | 05/18/06 | SCOTT, KEVIN* | BUTTRICK, RICHARD* | SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING LICENSING | AC |
| 13484 | 05/18/06 | KAREH, IAN* | SLOBOD, JACK D.* | SCOTT, KEVIN* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 13485 | 05/17/05 | VAN HOOFT, AD | SCOTT, KEVIN* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT | AC |
| 13486 | 05/17/05 | SCOTT, KEVIN* | BUTTRICK, RICHARD* | SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING LICENSING | AC |
| 13487 | 05/18/05 | SCOTT, KEVIN* | VAN DEN BROEK, BART J.* | OWEN, DAVID P.*; SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING LICENSING | AC |
| 13488 | 05/18/05 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN* | OWEN, DAVID P.*; SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT | AC |
| 13489 | 05/18/05 | SCOTT, KEVIN* | PIOTROWSKI, TONY E.* | TANGENA, ANTHONY G. (TONY)*; SCHOENMAKER, MAARTEN* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT | AC |
| 13490 | 05/18/05 | SCOTT, KEVIN* | VAN DEN BROEK, BART J.* | OWEN, DAVID P.*; SLOBOD, JACK D.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT | AC |
| 13491 | 05/18/05 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN* | OWEN, DAVID P.*; SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT | AC |
| 13492 | 05/20/05 | SCOTT, KEVIN* | VOGEL, PETER | VOLMER, GEORG*; SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 13493 | 05/22/05 | VAN DEN BROEK, BART J.* | SLOBOD, JACK D.*; SCOTT, KEVIN* | GRIMALDI, ALAN M.* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 13494 | 05/23/05 | TSUGARU, SUSUMU* | SCOTT, KEVIN* | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| 13495 | 05/23/05 | OWEN, DAVID P.* | SCOTT, KEVIN* | SLOBOD, JACK D.*; VAN DEN BROEK, BART J.*; GRIMALDI, ALAN M.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |
| NB696 | 05/23/05 | SCOTT, KEVIN* | VAN DER MEER, JAN* | SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC/WP |

** - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 13497 | 05/24/05 | SCOTT, KEVIN* | OWEN, DAVID P.* | GRIMALDI, ALAN M.*; SLOBOD, JACK D.*; VAN DEN BROEK, BART J.* | EMAIL REFLECTING CONFIDENTIAL CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 13498 | 05/26/05 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN*; SLOBOD, JACK D.* | GRIMALDI, ALAN M.*; OWEN, DAVID P.** | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 13499 | 05/31/05 | SCOTT, KEVIN* | VOGEL, PETER | SLOBOD, JACK D.*; VOLMER, GEORG* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 13500 | 05/31/05 | SCOTT, KEVIN* | VOLMER, GEORG* | SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS TO COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 13501 | 06/01/05 | SCOTT, KEVIN* | SLOBOD, JACK D.* | SCOTT, KEVIN* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | AC |
| 13502 | 06/02/05 | MERTENS, MARK J.W.* | SLOBOD, JACK D.* | | EMAIL WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 13503 | 06/02/05 | MERTENS, MARK J.W.* | MORRIS, OOTAVIUS JOHN (O.J.) | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT | AC |
| 13504 | 06/02/05 | VAN DEN BROEK, BART J.* | SCOTT, KEVIN*; SLOBOD, JACK D.* | GRIMALDI, ALAN M.*; OWEN, DAVID P.** | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 13505 | 06/02/05 | SCOTT, KEVIN* | MORRIS, OOTAVIUS JOHN (O.J.) | | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT | AC |
| 13506 | 06/02/05 | ANZALONE, STEVEN* | SLOBOD, JACK D.*; SCOTT, KEVIN* | DECOSTA, FRANK A.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 13507 | 06/03/05 | ANZALONE, STEVEN* | SLOBOD, JACK D.* | DECOSTA, FRANK A.*; SCOTT, KEVIN* | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT | AC |
| 13508 | 06/03/05 | SLOBOD, JACK D.* | DECOSTA, FRANK A.* | ANZALONE, STEVEN*; SCOTT, KEVIN* | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |
| 13509 | 06/03/05 | SLOBOD, JACK D.* | ANZALONE, STEVEN*; DECOSTA, FRANK A.* | SCOTT, KEVIN*; FOX, MARIANNE | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACWP |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 21640 | 04/26/05 | DE VISSER, JAN C.* | SLOBOD, JACK D.* | | EMAIL WITH ATTACHMENTS PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING LICENSING | AC |
| 21641 | 03/05/05 | DE VISSER, JAN C.* | | | NOTES WITH ATTACHMENTS REFLECTING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 21642 | 08/27/04 | CHIA-HSING, LIN* | | | EMAIL WITH ATTACHMENTS REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS TO COUNSEL REGARDING LICENSING | AC |
| 21643 | 03/08/05 | DE VISSER, JAN C.* | | FONG, EDDIE* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS TO COUNSEL REGARDING LICENSING | AC |
| 21644 | 09/23/05 | CHIA-HSING, LIN* | HANE, NAOKO* | LI, JAMES*; CHIA-HSING, LIN* | EMAIL WITH ATTACHMENTS PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING LEGAL ADVICE REGARDING LICENSING | AC |
| 21645 | 05/05/05 | DE VISSER, JAN C.* | DE VISSER, JAN C.* | SLOBOD, JACK D.*; MIYAZAKI, AKIHIKO*; LI, JAMES* | NOTES WITH ATTACHMENTS REFLECTING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 21646 | 12/19/05 | DE VISSER, JAN C.* | TSUGARU, SUSUMU* | | EMAIL WITH ATTACHMENTS SEEKING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 21647 | 05/16/02 | KOOMAN, J.J.A. (TON)* | | | PRESENTATION REFLECTING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 21648 | 11/17/99 | KOOMAN, J.J.A. (TON)* | | | DRAFT AGREEMENT REFLECTING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 21649 | 11/23/99 | KOOMAN, J.J.A. (TON)* | | | DRAFT AGREEMENT REFLECTING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 21650 | 05/31/05 | SCOTT, KEVIN* | VOGEL, PETER | SLOBOD, JACK D.*; VOLMER, GEORG* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACMP |
| 21651 | 08/25/05 | SLOBOD, JACK D.* | VOGEL, PETER | VOLMER, GEORG*; SCOTT, KEVIN* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACMP |
| 21652 | 05/20/05 | SCOTT, KEVIN* | VOGEL, PETER | VOLMER, GEORG*; SLOBOD, JACK D.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS REGARDING INFRINGEMENT IN ANTICIPATION OF LITIGATION | ACMP |
| 21653 | 01/12/93 | KOOMAN, J.J.A. (TON)* | VOGEL, PETER; NEUMANN, LOTHAR*; MORRIS, O.J. (JOHN); ANDREWS, ARTHUR; LANDOUSY, CHRISTIAN*; MARION, MICHAEL E.*; KEESMAN, GERTJAN; VAN DER MEER, JAN*; SCHMITZ, HERMAN J.R.* | BECKERS, HUUB F.M.* | FACSIMILE CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PATENT PORTFOLIO | AC |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 21654 | 01/12/93 | KOOIMAN, J.J.A. (TONY)* | VOGEL, PETER; NEUMANN, LOTHAR*; MORRIS, O.J. (JOHN)*; ANDREWS, ARTHUR; LANDOUSY, CHRISTIAN*; MARION, ARTHUR; KEESMAN, GERTJAN; VAN DER MEER, JAN*; SCHMITZ, HERMAN J.R.* | BECKERS, HUUB F.M.* | FACSIMILE CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PATENT PORTFOLIO | AC |
| 21655 | 05/15/92 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT*) FOR RENDERING OF LEGAL ADVICE | AC |
| 21656 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT*) FOR RENDERING OF LEGAL ADVICE | AC |
| 21657 | 03/08/93 | VOLMER, GEORG* | VOGEL, PETER | | MEMORANDUM CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (EU) | AC |
| 21658 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT*) FOR RENDERING OF LEGAL ADVICE | AC |
| 21659 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT*) FOR RENDERING OF LEGAL ADVICE | AC |
| 21660 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT*) FOR RENDERING OF LEGAL ADVICE | AC |
| 21661 | 08/10/90 | DEMMER, W. | SPEIDEL, JOACHIM | VOGEL, PETER | MEMORANDUM STATING INTENTION TO SEEK LEGAL ADVICE OF COUNSEL (TAMOSHUNAS, AL*) REGARDING PATENTABILITY | AC |
| 21662 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT*) FOR RENDERING OF LEGAL ADVICE | AC |
| 21663 | 01/31/89 | BRIODY, THOMAS A* | KOOIMAN, J.J.A. (TONY) | VOGEL, PETER | LETTER CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (USA) | AC |
| 21664 | 12/20/89 | KOOIMAN, J.J.A. (TONY)* | NEUMANN, LOTHAR* | VOGEL, PETER | FACSIMILE CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (USA) | AC |
| 21665 | 09/25/90 | LOBATO, EMMANUEL J.* | NEUMANN, LOTHAR* | VOGEL, PETER | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT*) FOR RENDERING OF LEGAL ADVICE | AC |
| 21666 | 05/15/92 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT*) FOR RENDERING OF LEGAL ADVICE | AC |
| 21667 | 02/00/98 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT*) FOR RENDERING OF LEGAL ADVICE | AC |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

*U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.*
**INDEX OF PRIVILEGED DOCUMENTS**

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|-------|------------------|---------|------------|---------|-------------|-------|
| 21680 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21679 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21678 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21677 | 03/01/98 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21676 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21675 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21674 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21673 | 06/10/05 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21672 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21671 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21670 | 06/10/05 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21669 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21668 | 00/00/00 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |

**KEY:**
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

12/6/2007

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 21681 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21682 | 0601/087 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21683 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21684 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21685 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21686 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21687 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21688 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21689 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21690 | 0/13/393 | VOGEL, PETER | NEUMANN, LOTHAR* | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21691 | 0/18/393 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21692 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |
| 21693 | 0000000 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT) FOR RENDERING OF LEGAL ADVICE | AC |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

U.S. PHILIPS CORPORATION v. PANTECH WIRELESS, INC.
INDEX OF PRIVILEGED DOCUMENTS

OUTSIDE ATTORNEY EYES ONLY

| REF # | DATE OF DOCUMENT | AUTHORS | ADDRESSEES | COPYEES | DESCRIPTION | BASIS |
|---|---|---|---|---|---|---|
| 21694 | 08/27/91 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT") FOR RENDERING OF LEGAL ADVICE | AC |
| 21695 | 08/00/87 | VOGEL, PETER | | | NOTES PREPARED AT THE REQUEST OF COUNSEL, (PHILIPS LEGAL DEPARTMENT") FOR RENDERING OF LEGAL ADVICE | AC |
| 21696 | 08/12/92 | SPEIDEL, JOACHIM; VOGEL, PETER | | LOSER, MR.; PEUCKERT, HERMANN; SELBMANN, MR.; THIELMANN, H.; WALZ, MR.; WEIDNER, DR. | LETTER PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING OF LEGAL ADVICE | AC |
| 21697 | 08/27/03 | CENTRAL INTERNATIONAL LAW FIRM* | VAN DER KRUK, WIM L.* | | EMAIL REFLECTING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (KOREA) | AC |
| 21698 | 05/30/03 | VAN DER KRUK, WIM L.* | TOWNSEND, STEVE* | | EMAIL WITH ATTACHMENTS CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (UK) | AC |
| 21699 | 04/24/03 | SHANNON, CARREEN* | BECKERS, HUUB F.M.; VAN DER KRUK, WIM L.* | HOYNG, WILLEM* | MEMORANDUM CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (GERMANY); PROSECUTION (UK); PROSECUTION (FRANCE); PROSECUTION (SPAIN) | AC |
| 21700 | 02/25/04 | VOS, GERARD J.J.* | VAN DER KRUK, WIM L.* | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING MARKET ANALYSIS | AC |
| 21701 | 08/21/03 | VAN DER KRUK, WIM L.* | VAN GESTEL, WIM J.* | | MEMORANDUM CONTAINING LEGAL ADVICE OF COUNSEL REGARDING STANDARDS | AC |
| 21702 | 08/16/03 | VAN DER KRUK, WIM L.* | CENTRAL INTERNATIONAL LAW FIRM* | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (KOREA) | AC |
| 21703 | 06/23/01 | VAN DER KRUK, WIM L.* | VAN DER KRUK, WIM L.* | | REPORT REFLECTING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 21704 | 02/15/02 | VAN DER KRUK, WIM L.* | MIYAZAKI, AKIHKO* | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING PROSECUTION (JAPAN) | AC |
| 21705 | 01/10/02 | BECKERS, HUUB F.M.* | KOOIMAN, J.J.A. (TONY)* | VAN DER KRUK, WIM L.* | EMAIL REFLECTING CONFIDENTIAL ATTORNEY CLIENT COMMUNICATIONS FROM COUNSEL REGARDING LICENSING | AC |
| 21706 | 11/22/01 | BECKERS, HUUB F.M.* | VAN DER KRUK, WIM L.* | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 21707 | 10/02/01 | BECKERS, HUUB F.M.* | VAN DER KRUK, WIM L.* | | EMAIL CONTAINING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |
| 21708 | 07/03/02 | VAN DER KRUK, WIM L.* | BECKERS, HUUB F.M.* | | EMAIL WITH ATTACHMENTS PROVIDING CONFIDENTIAL INFORMATION TO COUNSEL FOR THE PURPOSE OF RENDERING OF LEGAL ADVICE | AC |
| 21709 | 06/29/01 | VAN DER KRUK, WIM L.* | BECKERS, HUUB F.M.* | HENDRIKS, LILIANE E.B. | EMAIL WITH ATTACHMENTS SEEKING LEGAL ADVICE OF COUNSEL REGARDING LICENSING | AC |

KEY:
* - DENOTES ATTORNEY
AC - ATTORNEY CLIENT PRIVILEGE
JD - JOINT DEFENSE PRIVILEGE
WP - WORK PRODUCT PRIVILEGE

12/6/2007

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

Direct Dial 202.383.7318

March 7, 2008

**VIA FEDEX AND E-MAIL**

Peter J. Kirk, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

> Re:  ***U.S. Philips Corporation v. LG Electronics Inc., et al.***
> **Civil Case No.: 06-1402**
>
> ***U.S. Philips Corporation v. Pantech Wireless, Inc., et al.***
> **Civil Case No.: 06-4583**

Dear Peter,

Upon further review of the documents referenced in Section I.B. of Pantech's Motion to Compel filed February 29, 2008, I enclose documents bearing Bates Nos. PH_LG 0289855 to PH_LG 0290608 ("LG Production") and PH_PAN 0290084 to PH_PAN 0290608 ("Pantech Production") for production in the above-referenced matters. Please note that documents PH_LG 0289855 to PH_LG 0290083 are produced as placeholders to maintain the same numbering system between the LG Production and PAN Production.

The documents produced were located in a section of one of Peter Vogel's notebooks. They were originally withheld on the basis of attorney client privilege and work product. We understood that the notes contained on these documents were made by Dr. Vogel at the request of counsel and/or in anticipation of litigation. Upon further investigation, that may not have been the case. The documents we produce today correspond to the following entries on our most recent privilege logs, dated February 29, 2008: ref. nos. 21874, 21878, 21881, 21885, 21889 to 21908, and 21910 to 21914. We have reviewed the remaining documents referenced in Section I.B. of Pantech's Motion to Compel and confirm that they were properly withheld.

The LG Production is produced pursuant to the Joint Protective Order, entered June 11, 2007. The Pantech Production is produced pursuant to the Joint Protective Order, entered June 20, 2007.

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

Peter J. Kirk, Esq.<br>
March 7, 2008<br>
Page 2

Sincerely,

*Ann Marie Phillips, amc*

Ann Marie Phillips

cc:    Alan M. Grimaldi (*without enclosures*)
        Cecil E. Key (*without enclosures*)
        Brian A. Rosenthal (*without enclosures*)



# HOWREY LLP

1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20004-2402
PHONE: 202.783.0800 ● FAX: 202.383.6610

## FACSIMILE COVER SHEET

**Date:**      2008-02-20  00:10:37  GMT

**To:**

    *Name:*   Ann Marie Phillips          *Company:* Howrey, LLP

    *Fax #:*   12023188643

**From:**      *Name:*   Ann Marie Phillips

          *Fax #:*   12023188643

**Subject:**   Philips v. LGE/Pantech

**MESSAGE:**

Please see attached correspondence.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK
YOU.

IF THERE ARE ANY QUESTIONS OR PROBLEMS WITH THE TRANSMISSION OF THIS FACSIMILE, PLEASE CONTACT THE SENDER.



**HOWREY**LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

Direct Dial 202.383.7436

February 19, 2008

### VIA FACSIMILE AND U.S. MAIL

Peter J. Kirk, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

> Re:    *U.S. Philips Corporation v. LG Electronics Inc., et al.*
> **Civil Case No.: 06-1402**
>
> *U.S. Philips Corporation v. Pantech Wireless, Inc., et al.*
> **Civil Case No.: 06-4583**

Dear Peter,

We are in receipt of your letter, dated February 15, 2008 regarding whether various documents produced by Philips in the above-referenced litigations contain redactions.

First, Philips again confirms that it redacted documents containing privileged material solely by placing a white box with an "X" through it over the privileged material. All redacted documents contain the same white box with an "X" through it.

Second, with respect to the three exemplary documents identified in your letter, Philips confirms that there are no further redactions in documents PH_LG 056522-729,[1] PH_LG 0172824-3267, or PH_LG 0094737-920, as evidenced by the lack of white boxes containing "X's."

Sincerely,

Ann Marie Phillips

---

[1] As noted in your letter, Philips has already produced unredacted copies of PH_LG 056521 and PH_LG 056522.

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

# HOWREY LLP

Peter J. Kirk, Esq.
February 19, 2008
Page 2

cc:    Alan M. Grimaldi
       Cecil E. Key
       Brian A. Rosenthal

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

Direct Dial 202.383.7436

March 18, 2008

**VIA FACSIMILE AND U.S. MAIL**

Matthew J. Leary, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

> Re:  *U.S. Philips Corporation v. LG Electronics Inc., et al.*
> <u>Civil Case No.: 06-1402</u>
>
> *U.S. Philips Corporation v. Pantech Wireless, Inc., et al.*
> <u>Civil Case No.: 06-4583</u>

Dear Matthew,

I have received your letter of March 11, 2008, regarding the parties' discussion of U.S. Philips Corporation's supplemental privilege logs, produced in the above-referenced matters on February 29, 2008 ("Supplemental Privilege Logs"). Below is our response to your specific inquiries.

**Jan Van Der Meer Documents:**

Documents originally withheld solely on the basis that Jan van der Meer was identified as an attorney, were produced last week to Peter Kirk. A list of those documents and the corresponding privilege log Entry numbers can be found in my letter to Mr. Kirk, dated March 15, 2008. Philips will revise its Supplemental Privilege Logs to reflect this production.

**Kevin Scott Documents:**

We are in the process of reviewing documents on Philips' Supplemental Privilege Logs for which Kevin Scott is the only individual identified as an attorney who authored or received the document prior to 2000, when Mr. Scott obtained his UK Patent Attorney qualifications. *See* Scott Dep. pp. 63-64.

First, we do not agree with the implication in your letter that we agreed with your characterization that we are not able to assert privilege for communications with Mr. Scott prior to 2000. We did not agree to this characterization, and instead told you that we would look into the issue.

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO · HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US:21089980_1

# HOWREY LLP

Peter J. Kirk, Esq.
March 18, 2008
Page 2

Second, after reviewing the privilege log, we have identify seven entries that fall under this category of documents, including Entry Nos. 6330, 14727, 14728, 14760, 14849, 15010, and 22560. With respect to Entry Nos. 14727, 14728, 14760, and 15010, we have been able to identify dates for those documents and will update Philips' Supplemental Privilege Logs to reflect the following dates:

| Entry No. | Date |
|-----------|----------|
| 14727 | 12/21/05 |
| 14728 | 12/21/05 |
| 14760 | 3/24/05 |
| 15010 | 4/14/05 |

With respect to Entry Nos. 6330, 14849, and 22560, we will continue to investigate these documents and update you as soon as we have more information. Mr. Scott did testify that he began working in IP&S in the U.K. in 1997. *See id.* pp. 60-61. As such much, if not all, of Mr. Scott's work between 1997 and 2000 was done under the supervision and/or at the direction of attorneys in IP&S.

**"White-on-White" Redactions**:

In your March 11 letter, you identified two documents that you believed contained so-called "white-on-white" redactions, including PH_PAN 0009230 and PH_PAN 072746-47.

First, PH_PAN 0009230 (produced to LG Electronics, Inc. at PH_LG 009243, Entry No. 1335) does not contain any redactions. This document was erroneously identified on our privilege log as containing redactions, when in fact there are no redactions on this document. In addition to this document, we have reviewed all of our redacted documents and discovered that two other documents were also erroneously identified as containing redactions when they do not, including: (1) PH_LG 0288730-731, PH_PAN 0288730-731 Entry No. 885; and (2) PH_LG 0067665-670, PH_PAN 0067422-427, Entry No. 5151. Philips will revise its Supplemental Privilege Logs to reflect this information.

Second, document PH_PAN 72746-47 (produced to LG Electronics, Inc. at PH_LG 009384-85, Entry No. 1345) contains a large box with a large "X" through it, which, as Philips has previously explained on numerous occasions, indicates that this documents has been redacted. Moreover, this documents contains clear typewritten words reading, "INTENTIONALLY LEFT BLANK." As such, Philips does not understand Pantech's complaint that this document contains "white-on-white" redactions.

As I have stated in numerous letters and during numerous telephone conferences, Philips has always indicated every redaction it has made with a box with an "X" through it. Philips has never used so-called "white-on-white" redactions on any of its redacted documents.

# HOWREY LLP

Peter J. Kirk, Esq.
March 18, 2008
Page 3

**Identification of Authors, Addressees, And Copyees:**

In your letter, you identified PH_PAN 0030341 as a document where the log appeared to identify the authors, addressees, and/or copyees based on the underlying document, rather than providing the authors, addressees, and/or copyees of the privileged handwritten notes. The notes that were redacted from this document were Jan van der Meer's notes. Mr. Van der Meer was identified in the author field of Philips' Supplemental Privilege Log, Entry No. 1699. Per my letter to Mr. Kirk dated March 15, 2008, an unredacted copy of this document has been produced by Philips. It has been Philips' practice to identify on its privilege log the author of the handwritten notes, when it is the handwritten notes that have been redacted for privilege. If there are other examples you would like us to investigate, please identify them for us.

**Vogel Documents:**

Pursuant to my letter to Mr. Kirk, dated March 7, 2008, Philips has reviewed those documents authored by Peter Vogel that were withheld on the basis of privilege. As stated in my March 7 letter, Philips produced those documents it determined were not privileged and concluded that the remaining documents on Philips' Supplemental Privilege Log are privileged.

For the bases of Philips' claims of privilege, please review the entire entry for each document withheld, including the description of the document. Please note that in many cases the descriptions of the documents include the identity of the person(s) or category of persons at whose direction the document was created (*see, e.g.,* Entry Nos. 21875, 21877, 21879). If there are any particular examples that you wish for us to examine again, please identify them for us.

**Documents for Which "Philips Intellectual Property Department" was listed as the author or recipient:**

In your letter, you identified two entries on Philips' Supplemental Privilege Log as listing "Philips Intellectual Property Department" as the author or recipient of the document: Entry Nos. 14984 and 19995. You further characterize these entries as not identifying either an author or recipient. We disagree with your characterization. On their face, these documents were authored by or received by the Philips Intellectual Property Department as a whole, which includes lawyers.

As we discussed during our telephone conference on March 10, 2008, Philips will review documents for which "Philips Intellectual Property Department" is identified as the author or recipient in an effort to provide you with more information about the document if such information is available.

**HOWREY** LLP

Peter J. Kirk, Esq.
March 18, 2008
Page 4

**Documents Reflecting "Intentions" About Seeking Legal Advice:**

Philips has only been able to identify two entries on its privilege logs that describe the documents as "stating intention to seek legal advice...." The first document, Entry No. 1930, was identified by you in your February 20, 2008 letter. As Philips clarified in its February 28, 2008 response, that entry contained a typographical error that was corrected in Philips' Supplemental Privilege Logs. The only entry on Philips' Supplemental Privilege Logs that described a document as "stating intention to seek legal advice..." is Entry No. 21880. The description for this document also contains a typographical error that will be corrected in its revised Supplemental Privilege Logs.

**Documents Used by Dr. John Morris to Prepare for his January 10, 2008 Deposition:**

Alan Grimaldi objected on the record to this request by Pantech, as Pantech failed to establish on the record that the documents Dr. Morris reviewed in preparation for the deposition actually refreshed his recollection as to the subject matters covered by the deposition. *See* Morris Dep. p. 19. Upon review of the transcript, Pantech failed to establish such a foundation at any time during Dr. Morris' deposition. Moreover, Pantech did not establish which of the documents Dr. Morris reviewed before his deposition actually refreshed his recollection as to any matters, nor did Pantech establish for which matters the documents reviewed refreshed his recollection. As such, Philips is under no obligation to produce any documents to Pantech. I will note, however, that many of the documents discussed by Dr. Morris have already been produced to Pantech in this case.

**Identification of Attorneys:**

We are currently analyzing our privilege log in an attempt to identify with specificity further information about the attorneys listed under entries described as relating to "standards," as you request. We will provide what information we can about these individuals as soon as possible, however as we discussed during our March 10 telephone conference, it will take some time to gather this information. We will then look into your request regarding further specificity as to our identification of lawyers listed on log entries related to "licensing."

With respect to the documents relating to "standards," please note that some of these documents were produced last week in the Van der Meer production, including Entry Nos. 3121, 3132, 18437, 21340, and 21341.

To clarify this issue, you misstate in your letter that Mr. Rosenthal said Philips had not yet verified that the individuals identified on Philips' Supplemental Privilege Log were attorneys. Rather, Mr. Rosenthal stated that we had to verify the precise titles and employers for the people identified as attorneys before we could provide that information to you.

# HOWREY LLP

Peter J. Kirk, Esq.
March 18, 2008
Page 5

We do appreciate your identification of specific entries you want us to provide information for, and we will do so in good faith merely as an attempt to narrow the parties' disputes.

**Other Topics**:

Philips does not understand Pantech's complaint regarding the size of the redactions on various documents produced by Philips. The size of the redaction is irrelevant: privilege attaches to handwritten notes of attorneys as either attorney-client privilege or attorney work-product. For the bases of Philips' claims of privilege, please see the descriptions of the documents on Philips' Supplemental Privilege Logs.

Sincerely,

Ann Marie Phillips

cc:    Alan M. Grimaldi
       Cecil E. Key
       Brian A. Rosenthal

```
-----Original Message-----
From: send@mail.efax.com [mailto:send@mail.efax.com]
Sent: Tuesday, March 18, 2008 8:03 PM
To: Phillips, Ann Marie
Subject: Successful transmission to 16175428906. Re: U.S. Philips Corp.
v. LGE, U.S. Philips Corp. v. Pantech
```

Dear Ann Marie Phillips,

Re: U.S. Philips Corp. v. LGE, U.S. Philips Corp. v. Pantech

The 6 page fax you sent through eFax Solutions to 16175428906 was successfully transmitted at 2008-03-19 00:02:48 (GMT).

The length of transmission was 288 seconds.

The receiving machine's fax ID: .

If you need additional assistance, please visit our online help center at https://www.j2corporate.com/corp/twa/page/customerSupport. Thank you for using the eFax Solutions service.

Best Regards,
eFax Solutions

Customer Service
Help: https://www.j2corporate.com/corp/twa/page/customerSupport
Tel: 1-323-817-3202
Email: corporatesupport@mail.efax.com



# MPEG-4 Patent Licensing Model Description (dmff v. u)

Contents

| m4if conditions |
| Issued US/EC/JP/Patents |
| Group Licensing Program |
| Open base discussion, or |

March25th 2000
T. Kogure / MEI

T.Kogure.

For Discussion Purpose only

PH_PAN 0000028

# 1. Back Ground

(1) MPEG-1. STD Version-1, completed

(2) Some announcements of MPEG-4 Product

(3) Profiles/conformance discussion continue

(4) Industry Forum(m4if) launched

(5) MPEG-4 Logo with specific profile name

(6) Number of profiles = Number of Tools

   =Number of essential patent holders

(7) MPEG-2 Patent Group Entity (MPEGLA)

Urgent set-up the group entity

Then Effective rm4if group entity will start quickly.

T.Kogure



# m4if Patent Group Structure

3/10

Leonardo Cliiariglione / CSELT
Rob. Koenen / KPN
Takuyo Kogure / MEi

SC29/WG11

m4if

management entity

Profile Group
Jae-Seob Shin / Sam Sung

Patent Group
T.Kogure

WG1
Ken Miyanaga/
Toshiba

WG2
Mike Marion/
Philips

(New)

WG3
(Audio)

T.Kogure.

For Discussion Purpose only

PH_PAN 0000030



# Draft Structure of Patent Group Licensing

Menu : Group of Patent

For Discussion Purpose only

# . . MPEG-4 Profiles





Visual Profiles

T.Kogure

For Discussion Purpose only

PH_PAN 0000033

# Audio Profiles



AAC. Mai n

AAC. SSR . . . Seal abl e.

IAAC. LC. low nose shape

Twi n VQ

PNS.noise permutati on)

LTP. Long terra predi eli on

TLSS. Large step size scol abl e.tool

CELP. speech..

HVXC. speech..

## Version-2 tools

I1SAC. Ni l . si i cc

Ari l h (wl i c
lll LN. l or . Àudi o..

T.Kogure

For Discussion Purpose only

PH_PAN 0000034



# 3. System Profile

9/10

# Menu Structure(examples)

| | Video Profiles | Audio Profiles | Features |
|---|---|---|---|
| Menu-1 | Simple, Core | None | Mobile |
| | | Speech | Video Phone |
| Menu-2 | Simple,Core Simple Scalability | None | PDA |
| | | Scalable | STB |
| Menu-3 | Main. | | Downloadable Terminal. Unit |
| Menu-n | | | |

*Do't keep names out more 4 profiles in menu?*

T.Kogure

For Discussion Purpose only

PH_PAN 0000036

T.Kogure.

# Discussion Items

**(1)  Membership and Authentication**
- Open base / Essential Patent holder only

**(2)  Administrative Issue**
- [m4if]Administrative statute
- Registration
- Structure patent acknowledgement
- Documentation
- Meeting Support function

**(3)  Step for Set-up the group entity**
- Patent Acknowledge process
- Structure configuration of patent group organization
- Next meeting schedule and some more
- Target date of effective

For Discussion Purpose only

PH_PAN 0000037

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

Direct Dial 202.383.7436

March 15, 2008

**VIA FEDERAL EXPRESS**

Peter J. Kirk, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110

  **Re:**  *U.S. Philips Corporation v. LG Electronics Inc., et al.*
      **Civil Case No.: 06-1402**

      *U.S. Philips Corporation v. Pantech Wireless, Inc., et al.*
      **Civil Case No.: 06-4583**

Dear Peter,

  Upon further review of the documents referenced in Section II.A. of Pantech's Motion to Compel filed February 29, 2008, I enclose unredacted copies of documents that were original redacted or withheld on the premise that Mr. Jan van der Meer was an attorney, including:

| PH_PAN Bates Numbers | PH_LG Bates Numbers | Corresponding Entry on 2/29/08 Privilege Log |
|---|---|---|
| PH_PAN 0014940-955 | PH_LG 0014956-971 | 1690 |
| PH_PAN 0016439-441 | PH_LG 0016455-457 | 1695 |
| PH_PAN 0017610 | PH_LG 0017626 | 1696 |
| PH_PAN 0030341 | PH_LG 0030357 | 1699 |
| PH_PAN 0030344 | PH_LG 0030360 | 1700 |
| PH_PAN 0030370-372 | PH_LG 0030386-388 | 1701 |
| PH_PAN 0038112-115 | PH_LG 0038128-131 | 2746 |
| PH_PAN 0044160-162 | PH_LG 0044176-178 | 3121 |
| PH_PAN 0044550-561 | PH_LG 0044566-577 | 3132 |
| PH_PAN 0045759 | PH_LG 0045775 | 3149 |
| PH_PAN 0045760 | PH_LG 0045776 | 3150 |
| PH_PAN 0046157-158 | PH_LG 0046173-174 | 3152 |
| PH_PAN 0046372-373 | PH_LG 0046388-389 | 3157 |
| PH_PAN 0047333 | PH_LG 0047349 | 3158 |
| PH_PAN 0047453 | PH_LG 0047469 | 3159 |
| PH_PAN 0062798-799 | PH_LG 0063022-023 | 4323 |
| PH_PAN 0290609-610 | PH_LG 0290609-610 | 18422 |

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US:21087440_1

**HOWREY** LLP

Peter J. Kirk, Esq.
March 15, 2008
Page 2

| PH_PAN Bates Numbers | PH_LG Bates Numbers | Corresponding Entry on 2/29/08 Privilege Log |
|---|---|---|
| PH_PAN 0290611-613 | PH_LG 0290611-613 | 18430 |
| PH_PAN 0290614 | PH_LG 0290614 | 18433 |
| PH_PAN 0290615-617 | PH_LG 0290615-617 | 18434 |
| PH_PAN 0290618 | PH_LG 0290618 | 18435 |
| PH_PAN 0290619 | PH_LG 0290619 | 18437 |
| PH_PAN 0280620-621 | PH_LG 0280620-621 | 18445 |
| PH_PAN 0290622-626 | PH_LG 0290622-626 | 18482 |
| PH_PAN 0290627-636 | PH_LG 0290627-636 | 19660 |
| PH_PAN 0290637 | PH_LG 0290637 | 19686 |
| PH_PAN 0290638 | PH_LG 0290638 | 19698 |
| PH_PAN 0290639 | PH_LG 0290639 | 19770 |
| PH_PAN 0290640 | PH_LG 0290640 | 21338 |
| PH_PAN 0290641-644 | PH_LG 0290641-644 | 21339 |
| PH_PAN 0290645-648 | PH_LG 0290645-648 | 21340 |
| PH_PAN 0290649 | PH_LG 0290649 | 21341 |
| PH_PAN 0290650-659 | PH_LG 0290650-659 | 351 |
| PH_PAN 0290660-662 | PH_LG 0290660-662 | 3147 |
| PH_PAN 0290663-672 | PH_LG 0290663-672 | 5031 |
| PH_PAN 0290673-674 | PH_LG 0290673-674 | 5145 |
| PH_PAN 0290675-682 | PH_LG 0290675-682 | 5234 |
| PH_PAN 0290683 | PH_LG 0290683 | 3158 |
| PH_PAN 0290684 | PH_LG 0290684 | 3158 |
| PH_PAN 0290685-687 | PH_LG 0290685-687 | 370 |
| PH_PAN 0290688-695 | PH_LG 0290688-695 | 393 |
| PH_PAN 0290701 | PH_LG 0290701 | 3139 |
| PH_PAN 0290702-704 | PH_LG 0290702-704 | 3140 |
| PH_PAN 0290705-706 | PH_LG 0290705-706 | 5059 |
| PH_PAN 0290707-714 | PH_LG 0290707-714 | 5067 |
| PH_PAN 0290715 | PH_LG 0290715 | 1689 |

As referenced above, these documents were originally withheld on the basis of attorney client privilege and/or attorney work-product as we understood that Mr. Jan van der Meer had obtained a legal degree.

**HOWREY** LLP

Peter J. Kirk, Esq.
March 15, 2008
Page 3


The LG Production is produced pursuant to the Joint Protective Order, entered June 11, 2007.  The Pantech Production is produced pursuant to the Joint Protective Order, entered June 20, 2007.


Sincerely,

Ann Marie Phillips


cc:    Alan M. Grimaldi
       Cecil E. Key
       Brian A. Rosenthal