# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004.2402
www.howrey.com

Alan M. Grimaldi
Partner

202.383.6989
GrimaldiA@howrey.com

July 1, 2008

**VIA HAND DELIVERY**

Hon. Barbara S. Jones
United States District Court
500 Pearl Street
New York, NY 10007-1312

    Re:   *U.S. Philips Corporation v. Pantech Wireless, Inc., et al.*
           <u>Civil Case No.: 08-2526</u>

Dear Judge Jones,

    We represent Plaintiff U.S. Philips Corporation ("Philips") in the above-entitled action. We write jointly on behalf of Philips and Defendant Pantech Wireless, Inc. ("Pantech").

    We informed the Court by our May 7, 2008 letter that the parties had reached a settlement in principle. We now write to inform the Court that Philips and Pantech have finalized their settlement agreement, which will resolve all the claims and counterclaims between Philips and Pantech in this litigation. Under the terms of the agreement, Philips and Pantech will file a stipulation of dismissal with prejudice of all claims in the litigation within five business days of receipt by Philips of Pantech's final payment, which is to occur on August 31, 2008. Accordingly, the parties request that the discontinuance that the Court ordered <u>on May 9, 2008 be extended until September 10, 2008, without prejudice to restore the action to the calendar if the payment is not received (and the stipulation of dismissal filed) by that time.</u>

    The parties appreciate the Court's assistance in this matter.

Respectfully yours,

*Alan M. Grimaldi/agp*

Alan M. Grimaldi

cc:   Hon. Theodore H. Katz
       Alan Smith

Application Granted
SO ORDERED
*Barbara S. Jones*
BARBARA S. JONES
U.S.D.J.
7/3/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/3/08

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC