SCHOEMAN, UPDIKE & KAUFMAN, LLP
Charles B. Updike (CU 1277)
60 East 42nd Street
New York, NY 10165
Telephone: (212) 661-5030

HOWREY LLP
Alan M. Grimaldi
Cecil E. Key
Brian A. Rosenthal
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800

HOWREY LLP
Steven Yovits
321 N. Clark Street, Suite 3400
Chicago, IL 60610
Telephone: (312) 846-5630

Attorneys for Plaintiff U.S. Philips Corporation

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. PHILIPS CORPORATION, | ) |
| Plaintiff and Counterclaim-Defendant, | ) ) ) ) |
| v. | ) Civil Action No. 08-cv-2526 ) (BSJ) |
| PANTECH WIRELESS, INC., | ) ) ECF Case |
| Defendant and Counterclaim-Plaintiff. | ) ) **JOINT STIPULATION OF DISMISSAL** ) **WITH PREJUDICE** |

The parties having reached agreement,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the indicated parties that, pursuant to Fed. R. Civ. P. 41(a)(1), all claims asserted by U.S.

DM_US:21165826_1

Philips Corporation herein against Pantech Wireless, Inc. may be and hereby are dismissed with prejudice and without costs to any party; and

IT IS FURTHER STIPUATED AND AGREED by and between the undersigned counsel for the indicated parties that, pursuant to Fed. R. Civ. P. 41(c), all counterclaims asserted by Pantech Wireless, Inc. herein against U.S. Philips Corporation may be and hereby are dismissed with prejudice and without costs to any party.

Dated: September 4, 2008

Duane David Hough (DH 2438)
Eric Roman (ER 7928)
Fish & Richardson P.C.
Citigroup Center – 52nd Floor
153 East 53rd Street
New York, NY 10022-4611

Alan D. Smith (AS 1850)
Peter J. Kirk (PK 6401)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

*Attorneys for Pantech Wireless, Inc.*

Charles B. Updike (CU 1277)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, NY 10165
Telephone: (212) 661-5030
Facsimile: (650) 687-2123

Alan M. Grimaldi
Cecil E. Key
Brian A. Rosenthal
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Steven Yovits
Howrey LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60610
Telephone: (312) 846-5630
Facsimile: (312) 595-2250

*Attorneys for Plaintiff U.S. Philips Corporation*

SO ORDERED:

The Honorable Barbara S. Jones
9/5/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08